01/24/05 12:24 ☎ 002/007

ORIGINAL

ECF

FILED MAR 16 2005 U.S. COURT OF FEDERAL CLAIMS

05 FEB -3 AM 11:17

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

Teresa Trucchi, Esq. (#135543)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013
Telephone No.: (619) 297-7330
Telefax No. : (619) 297-9658

Attorneys for Plaintiff

05- 370C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ADRIAN RODRIGUEZ, ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al,

Defendants.

Case No: 04CV0905 JAH (BLM)

**STIPULATION TO TRANSFER AND DISMISS APPEAL**

HON. JOHN A. HOUSTON

The parties to the above entitled action, by and through their attorneys of record, hereby stipulate and request relief from the Court as follows:

1. Plaintiffs shall dismiss the appeal filed in this matter and pending as Ninth Circuit Court of Appeal number 04-57112 without prejudice.

2. A Second Amended Complaint containing contract claims only shall be filed. The Second Amended Complaint shall contain the following causes of action:

32

(a) Breach of Contract;

(b) Breach of Implied Warranty;

(c) Breach of Covenant of Good Faith and Fair Dealing.

3. The Second Amended Complaint shall be transferred to the United States Court of Federal Claims in Washington, D.C.

4. Each party shall retain the right to assert any and all rights, defenses, claims, or contentions that otherwise exist and no waiver or limitation on any such rights, defenses, claims or contentions is intended or implied in this stipulation.

IT IS SO STIPULATED:

DATED: 1-19-05

SUPPA, TRUCCHI, AND HENEIN
TERESA TRUCCHI
ATTORNEY FOR PLAINTIFFS
ADRIAN AND JAZMIN RODRIGUEZ

DATED: 1/24/05

CAROL C. LAM
United States Attorney
RICHARD TOLLES
Assistant U.S. Attorney

**ORDER**

IT IS ORDERED that:

1. Plaintiffs shall dismiss the appeal filed in this matter and pending as Ninth Circuit Court of Appeal number 04-57112 without prejudice.

2. A Sixth Amended Complaint containing contract claims only shall be filed. The Sixth Amended Complaint shall contain the following causes of action:

(a) Breach of Contract;

(b) Breach of Implied Warranty;

(c) Breach of Covenant of Good Faith and Fair Dealing.

3. The Sixth Amended Complaint shall be transferred to the United States Court of Federal Claims in Washington, D.C.

4. Each party shall retain the right to assert any and all rights, defenses, claims, or contentions that otherwise exist and no waiver or limitation on any such rights, defenses, claims or contentions is intended or implied in this stipulation.

DATED: 2-2-2005

UNITED STATES DISTRICT JUDGE

I hereby attest and certify on 2-17-05
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By ______ Deputy

**CASE NAME:** **<u>RODRIGUEZ v. U.S.A. et. al.</u>**
**CASE NO.:** **04CV0905 (JAH)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 3055 India Street; San Diego, CA 92103.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s):

**DECLARATION OF PLAINTIFF'S COUNSEL RE: STIPULATION TO TRANSFER AND DISMISS APPEAL**

by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each addressee respectively, as follows:

Richard Tolles
Assist. U.S. Attorney
OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF CALIFORNIA
880 Front Street, Rm. 6293
San Diego, CA 92101
**ATTORNEY FOR THE UNITED STATES OF AMERICA**

Anna Roppo
DUCKOR, SPRADLING, AND METZGER
401 West A Street; Ste. 2400
San Diego, CA 92101
**ATTORNEY FOR EG&G, INC.**

William Rathbone
GORDON AND REES, LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101
**ATTORNEY FOR MCCORMACK AUCTION**

I then sealed each such envelope and, with first class postage fully prepaid, placed each for collection and mailing at San Diego, California, on January 31, 2005, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 31, 2005, at San Diego, CA.

TERESA TRUCCHI

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

Matt Dykman
Chief Deputy

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: USCA No: **04-57112**
**USDC No: 04cv905 JAH**
**Rodriguez v. USA et al**

**Clerk, U.S. Court of Appeals, enclosed herewith** you will please find:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Copy of the Notice of Appeal | | | Docket Entries | | |
| | Case Information/Docket Fee Payment Notification Form | | | | | |
| | Order for Time Schedule (Criminal) | | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). | |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). | |
| | Exhibits in | envelope(s) | box(es) | | folders(s) | |
| | Judgement Order | | | F/P Order | | |
| | CJA Form 20 | | | Minute Order | | |
| | Certificate of Record | | | Mandate Return | | |
| | Magistrate Judge's Report and Recommendation | | | | | |
| | COA Order | | | | | |
| | Amended docket fee notification form | | | | | |
| | Order Appointing Counsel for Appeal | | | | | |
| x | Copy of Stipulation to transfer and dismiss appeal | | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

B. Reed

By:____________________
B. Reed, **Deputy**

Date: 02/4/05