IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and ALI JAZMIN RODRIGUEZ, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-370C (Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including July 29, 2005, within which to file a response to the complaint filed by plaintiffs, Adrian Rodriguez and Ali Jazmin Rodriguez. Our response is currently due on June 14, 2005. This is our first request for an enlargement of time for this purpose. Counsel for plaintiffs has represented that she does not oppose this request.

The requested enlargement of time is necessary because counsel for the United States has not yet received copies of documents necessary to formulate our response to plaintiffs' complaint. We anticipate receiving these materials within sufficient time to prepare our response by or before the date requested in this motion.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including July 29, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Kathryn A. Bleecker
KATHYRN A. BLEECKER
Assistant Director

/s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

June 9, 2005

Attorneys for Defendant