No. 05-370C
(Judge Lettow)

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ADRIAN RODRIGUEZ and ALI JAZMIN RODRIGUEZ,

Plaintiffs,
v.

THE UNITED STATES,

Defendant.

---

**APPENDIX IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHYRN A. BLEECKER
Assistant Director

ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

Of Counsel:
ERIK J. GANTZEL
Office of Assistant Chief Counsel
U.S. Customs & Border Protection
610 West Ash Street
Suite 1200
San Diego, CA 92101

July 29, 2005

## TABLE OF CONTENTS

Complaint, Rodriguez v. United States (Fed. Cl. No. 05-370C) . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Complaint, Rodriguez v. United States et al. (S.D. Cal. No. 04-CV-0905) . . . . . . . . . . . . . . . . . 17

Order granting Motion to Dismiss of United States in Rodriguez v. United States et al. . . . . . . 30

Stipulation to Transfer and Dismiss Appeal, Rodriguez v. United States et al. . . . . . . . . . . . . . 41

Declaration of Charles F. Fulghum, Jr., with exhibits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44