IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and ALI JAZMIN RODRIGUEZ, | ) | |
| Plaintiffs, | ) | No. 05-370C (Judge Lettow) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**DECLARATION OF CHARLES F. FULGHUM, JR.**

I, CHARLES "FRANK" FULGHUM, make the following declaration in accordance with 28 U.S.C. § 1746:

1. I am the Region Director, West Region of EG&G Technical Services, Inc. ("EG&G"), defendant in the above-referenced action. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify to its contents competently.

2. My business address is 2366 E. Pacifica Place, Rancho Dominguez, CA. I have been a manager at EG&G since 1992. I have performed the duties of Region Director, West Region, for EG&G since November 2002. Prior to the position of Region Director, I was the Region Operations Manager for EG&G. In my capacity as Region Director, West Region, I am familiar with the conduct of auctions in California, including San Diego, for U.S. Government property, including motor vehicles, that have been consigned to EG&G by U.S. Customs under the terms of EG&G's contract with U.S. Department of Homeland Security, U.S. Customs and Border Protection, formerly U.S. Customs (collectively "Customs").

3. During the course of my employment with EG&G, I have become, and am, familiar with the generation and maintenance of EG&G's business records documenting the sale of vehicles seized at the San Ysidro border inspection checkpoint in or around March 2003.

4. On March 5, 2003, McCormack Auction Company ("McCormack") conducted a sale of motor vehicles consigned to EG&G by Customs.

5. EG&G produced a flyer advertising 11 auctions to be conducted in 2002 and 2003 by McCormack, including the March 5, 2003 auction. A true and correct copy of the flyer is attached hereto as Exhibit "A."

6. Prior to the bidding process for government property being auctioned by McCormack, bidders are required to fill out and execute a Bidder Registration Form. In my review of EG&G's files with regard to the sale conducted by McCormack Auction Company on March 5, 2003, I located a blank Bidder Registration Form, which was used for bidders at the sale. A true and correct copy of the blank Bidder Registration Form is attached hereto as Exhibit "B."

7. Also during my review of EG&G's files of the March 5, 2003 sale, I discovered a Bidder Registration Form executed by Ms. Ali J. Rodriguez. A true and correct copy of the executed Bidder Registration Form is attached hereto as Exhibit "C."

8. I am generally familiar with the "sale catalog" distributed to bidders at McCormack Auction Company sales. The sale catalog generally includes some of the terms and conditions intended to govern the sale. A true and correct copy of sale catalog for the auction conducted on March 5, 2003 is attached hereto as Exhibit "D."

9. Based upon my experience and observations as an EG&G manager, it is my understanding that sale catalogs are generally and customarily made available by McCormack to bidders at the auction.

10. After the auction, successful bidders are presented with an invoice reflecting, among other things, the amount of the bid. In order to take possession of the property, the bidder must pay the amount reflected in the invoice and present the invoice to McCormack personnel. In my review of the EG&G files pertaining to the March 5, 2003 auction, I discovered an invoice reflecting a bid by Ms. Ali Rodriguez for two vehicles, a 1982 Volvo GL and a 1991 Volkswagen Passat. A true and correct copy of the invoice is attached hereto as Exhibit "E."

11. Upon full payment of the invoiced amount, the successful bidder is presented with a U.S. Government Standard Form 97, entitled "Certificate to Obtain Title to a Vehicle". In my review of the EG&G files pertaining to the March 5, 2003 auction, I discovered a Form 97 identifying Ali Jazmin Rodriguez as the transferee of a 1991 Volkswagen Passat. A true and correct copy of the Form 97 is attached hereto as Exhibit "F.".

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed this 28th day of July, 2005 at Rancho Dominguez, California.

CHARLES F. FULGHUM, JR.