public AUCTIONS

**CHULA VISTA • CALIFORNIA**

U.S. Department of the Treasury




McCormack's Auction
850 Energy Way
Chula Vista, California 92020

EG&G TECHNICAL SERVICES
U.S. CUSTOMS SERVICE SUPPORT
7845 ASHTON AVENUE
MANASSAS, VA 20109

EXHIBIT A

McCormacks Auction
830 Energy Way
Chula Vista, Ca[illegible]

[illegible]

## AUCTION DATE & TIME — INSPECTION

| AUCTION DATE & TIME | INSPECTION |
|---|---|
| November 6, 2002 • 9:30 A.M. | November 5 • 9:00 A.M. - 4:00 P.M. |
| [illegible] | [illegible] |
| January 8, 2003 • 9:30 A.M. | January 7 • 9:00 A.M. - 4:00 P.M. |
| [illegible] | [illegible] |
| March 5, 2003 • 9:30 A.M. | March 4 • 9:00 A.M. - 4:00 P.M. |
| [illegible] | [illegible] |
| May 7, 2003 • 9:30 A.M. | May 6 • 9:00 A.M. - 4:00 P.M. |
| [illegible] | [illegible] |
| July 9, 2003 • 9:30 A.M. | July 8 • 9:00 A.M. - 4:00 P.M. |
| [illegible] | [illegible] |
| September 3, 2003 • 9:30 A.M. | September 2 • 9:00 A.M. - 4:00 P.M. |

Auction conducted by McCormacks Auction in conjunction with EG&G Technical Services on behalf of the U.S. Department of the Treasury, with all proceeds directed to the U.S. Treasury.

Directions:
[illegible]




## TERMS & CONDITIONS

Deposit - a $500.00 Refundable cash, cashier's check or money order deposit is required to register to bid. (Refundable if no purchases have been made). Each registered bidder may bring 2 guests. An additional cash deposit of $500.00 is required for each vehicle purchased after the first vehicle. No Credit Cards Will Be Accepted For Deposit! A 10% buyers premium will be added to all Non-U.S. Customs lots (lots 1000 and above).

Final Payment - is due in full by 4:00 p.m. the day following the auction, and may be in the form of a Cashier's Check, Visa, Mastercard or Personal Check accompanied by Bank Letter Of Guarantee addressed to "McCormack Auction Company".

** Please Note - We Do Not Accept Cash For Final Payment!**

Removal - All vehicles must be removed by 3:00 p.m. two days following the auction. Storage at $20.00 per day per vehicle will apply beyond the two days following the auction.

All merchandise is sold "As Is, Where Is" without warranty, or guarantee of any kind, stated, implied or otherwise. Please bid from your personal observations! In the interest of safety and health, ABSOLUTELY NO CHILDREN (under 16) will be permitted on premises. Also, no large purses, handbags or backpacks.

49

| PLEASE LEAVE BLANK *Completed by EG&G Official* | 4447 0343 4431 BIDDER NUMBER |
|---|---|

# EG&G TECHNICAL SERVICES
## U.S. CUSTOMS SERVICE SUPPORT
## BIDDER REGISTRATION FORM

SALE NO. 03-25-029
SALE DATE 2-5-03
*Completed by EG&G Official*

| | | | |
|---|---|---|---|
| BUSINESS/FIRM (If representing a business/firm) | | SOCIAL SECURITY NUMBER | FEDERAL ID NUMBER |
| FIRST NAME | MI | HOME PHONE NUMBER (Include area code) | FAX NUMBER (If available) |
| LAST NAME | | WORK PHONE NUMBER (Include area code) | DATE OF BIRTH |
| MAILING ADDRESS (P.O. Box/Street) | | | OCCUPATION |
| CITY | STATE | ZIP | COUNTRY (If not U.S.) |

How did you find out about this sale?

- ☐ Newspaper (name of paper) ________
- ☐ Trade (magazine/journal) ________
- ☐ Radio (name of station) ________
- ☐ TV (name of station) ________
- ☐ EG&G Subscription service
- ☐ Attendance at another Customs sale
- ☐ U.S. Customs ☐ Friend
- ☐ Other ________

I agree to comply with the terms of sale contained in the sale catalog for this sale and all future sales I attend. I certify that I am not (1) under the age of 18; (2) an employee, agent, or immediate family member of EG&G Technical Services, U.S. Customs Service Support; (3) any employee of the U.S. Government prohibited from bidding on property/merchandise by policy, regulation, statute or contract; (4) an EG&G Technical Services, U.S. Customs Service Support subcontractor/vendor, their agents and employees who have access to information concerning the property to be sold at a U.S. Customs Service auction that is not generally available to the public; (5) or presently debarred or declared ineligible for the award of contracts by any Federal agency in accordance with 41 CFR 101-45.6. EG&G Technical Services, U.S. Customs Service Support subcontractors further may not act as agent for a third party in purchasing Customs property/merchandise that is or has been in their custody or control. For breach of this warranty, EG&G Technical Services, U.S. Customs Service Support shall have the right to cancel any purchase contract without liability. Further, I agree that should I be named the successful bidder on a lot my registered name, lot number, lot description and winning bid amount will be published on the U.S. Department of Treasury auction website. Electronic Freedom of Information Act Amendments of 1996 (5 U.S.C. 552 (2000)).

I acknowledge receipt of the special announcement concerning the requirements for registration of vehicles before initiation of any repairs ________(initials).

| | |
|---|---|
| NAME DESIRED ON TITLE DOCUMENTS: ☐ Bidder Name ☐ Business/Firm | SIGNATURE |

| | | |
|---|---|---|
| *Completed by EG&G Official* DESCRIBE IDENTIFICATION | ISSUED BY | NUMBER |

5077-A 25 Oct 02

| PLEASE LEAVE BLANK *Completed by EG&G Official* | BIDDER NUMBER |
|---|---|

# EG&G TECHNICAL SERVICES
## U.S. CUSTOMS SERVICE SUPPORT
## BIDDER REGISTRATION FORM

SALE NO. 03-25-029
SALE DATE 2-5-03
*Completed by EG&G Official*

| | | | |
|---|---|---|---|
| BUSINESS/FIRM (If representing a business/firm) | | SOCIAL SECURITY NUMBER | FEDERAL ID NUMBER |
| FIRST NAME | MI | HOME PHONE NUMBER (Include area code) | FAX NUMBER (If available) |
| LAST NAME | | WORK PHONE NUMBER (Include area code) | DATE OF BIRTH |
| MAILING ADDRESS (P.O. Box/Street) | | | OCCUPATION |
| CITY | STATE | ZIP | COUNTRY (If not U.S.) |

How did you find out about this sale?

- ☐ Newspaper (name of paper) ________
- ☐ Trade (magazine/journal) ________
- ☐ Radio (name of station) ________
- ☐ TV (name of station) ________
- ☐ EG&G Subscription service
- ☐ Attendance at another Customs sale
- ☐ U.S. Customs ☐ Friend
- ☐ Other ________

I agree to comply with the terms of sale contained in the sale catalog for this sale and all future sales I attend. I certify that I am not (1) under the age of 18; (2) an employee, agent, or immediate family member of EG&G Technical Services, U.S. Customs Service Support; (3) any employee of the U.S. Government prohibited from bidding on property/merchandise by policy, regulation, statute or contract; (4) an EG&G Technical Services, U.S. Customs Service Support subcontractor/vendor, their agents and employees who have access to information concerning the property to be sold at a U.S. Customs Service auction that is not generally available to the public; (5) or presently debarred or declared ineligible for the award of contracts by any Federal agency in accordance with 41 CFR 101-45.6. EG&G Technical Services, U.S. Customs Service Support subcontractors further may not act as agent for a third party in purchasing Customs property/merchandise that is or has been in their custody or control. For breach of this warranty, EG&G Technical Services, U.S. Customs Service Support shall have the right to cancel any purchase contract without liability. Further, I agree that should I be named the successful bidder on a lot my registered name, lot number, lot description and winning bid amount will be published on the U.S. Department of Treasury auction website. Electronic Freedom of Information Act Amendments of 1996 (5 U.S.C. 552 (2000)).

I acknowledge receipt of the special announcement concerning the requirements for registration of vehicles before initiation of any repairs ________(initials).

| | |
|---|---|
| NAME DESIRED ON TITLE DOCUMENTS: ☐ Bidder Name ☐ Business/Firm | SIGNATURE |

| | | |
|---|---|---|
| *Completed by EG&G Official* DESCRIBE IDENTIFICATION | ISSUED BY | NUMBER |

5077-A 25 Oct 02

EXHIBIT B