PLEASE LEAVE BLANK
Completed by EG&G Official
BIDDER NUMBER: 167

# EG&G TECHNICAL SERVICES
## U.S. CUSTOMS SERVICE SUPPORT
## BIDDER REGISTRATION FORM

SALE NO. 03-25-030
SALEDATE 3-5-03
Completed by EG&G Official

| | | |
|---|---|---|
| BUSINESS/FIRM (If representing a business/firm) | SOCIAL SECURITY NUMBER [redacted] | FEDERAL ID NUMBER |
| FIRST NAME Ali MI J | HOME PHONE NUMBER (include area code) 619-434-1625 | FAX NUMBER (If available) |
| LAST NAME Rodriguez | WORK PHONE NUMBER (include area code) | DATE OF BIRTH 4-30-79 |
| MAILING ADDRESS (P.O. Box/Street) 203 Laurel Ave. #62 | | OCCUPATION homemaker |
| CITY National City | STATE Ca. ZIP 91950 | COUNTRY (If not U.S.) |

How did you find out about this sale?
- ☐ Newspaper (name of paper) ______
- ☐ Trade (magazine/journal) ______
- ☐ Radio (name of station) ______
- ☐ TV (name of station) ______
- ☐ EG&G Subscription service
- ☐ Attendance at another Customs sale
- ☐ U.S. Customs
- ☒ Friend
- ☐ Other ______

I agree to comply with the terms of sale contained in the sale catalog for this sale and all future sales I attend. For breach of this warranty, EG&G Technical Services, U.S. Customs Service Support shall have the right to cancel any purchase contract without liability. Further, I agree that should I be named the successful bidder on a lot my registered name, lot number, lot description and winning bid amount will be published on the U.S. Department of Treasury auction website. Electronic Freedom of Information Act Amendments of 1996 (5 U.S.C. 552 (2000)).

I certify that I am not (1) under the age of 18; (2) an employee, agent, or immediate family member of EG&G Technical Services, U.S. Customs Service Support; (3) any employee of the U.S. Government prohibited from bidding on property/merchandise by policy, regulation, statute or contract; (4) an EG&G Technical Services, U.S. Customs Service Support subcontractor/vendor, their agents and employees who have access to information concerning the property to be sold at a U.S. Customs Service auction that is not generally available to the public; (5) or presently debarred or declared ineligible for the award of contracts by any Federal agency in accordance with 41 CFR 101-45.6. EG&G Technical Services, U.S. Customs Service Support subcontractors further may not act as agent for a third party in purchasing Customs property/merchandise that is or has been in their custody or control.

I acknowledge receipt of the special announcement concerning the requirements for registration of vehicles before initiation of any repairs A.R. (initials).

NAME DESIRED ON TITLE DOCUMENTS: ☐ Bidder Name ☐ Business/Firm

SIGNATURE Ali J. Rodriguez

| Completed by EG&G Official DESCRIBE IDENTIFICATION | ISSUED BY | NUMBER |
|---|---|---|
| CDL | Ca | B9270681 |

5077-A 25 Oct 02

EXHIBIT C

07/28/2005 09:56 FAX 2028271269 CBP-SPD ☒003/012
EG&G TECH SERVICES #6248 P.002
JUL.28'2005 09:25 703 361-4450

# U.S. CUSTOMS

## SELECT CONSIGNORS & BANKRUPTCY PUBLIC VEHICLE AUCTION



**Wednesday, MAR 5th @ 10:00am**
**850-D Energy Way, Chula Vista CA**

**ATTENTION – SPECIAL NOTICE:**

**Pulled:** Lot #'s 64.
**Domestic Dismantling:** Lot #'s 019, 048, 074, 098.
**Export Only:** Lot #'s 013, 015, 027, 093.
**Salvage Vehicles:** Lot #'s 001, 007, 012, 014, 016, 017, 018, 022, 026, 028, 032, 038, 042, 045, 052, 054, 060, 061, 080, 082, 084, 086, 095, 096, 101, 102, 106, 110, 114, 116, 124, 125, 128, 133, 134, 135, 139, 146, 147, 148, 151.

## TERMS & CONDITIONS:

**DEPOSIT:** A $500 CASH DEPOSIT is required to register as a bidder. (Refundable if no purchases have been made.) Each registered bidder may bring 1 guest. An additional CASH DEPOSIT of $500 is required for each vehicle purchased (after the first vehicle) at the time of purchase. No credit cards will be accepted for deposit!

**FINAL PAYMENT:** Must be in the form of Visa, MasterCard, money order or cashier's check. NO CASH! Final Payment is due in full! NO LATER than 12:00pm (noon) – THURSDAY, MAR 6TH !!!

**NON-GOVERNMENT VEHICLES:** Sales Tax, Registration and Document Fees will be collected with Final Payment. Dealer Report of Sale and ALL other applicable forms will also be completed with Final Payment.

**NO BUYER PREMIUM ON ANY VEHICLE!**

**WARRANTY/GUARANTEE:** All merchandise is sold on an "AS IS, WHERE IS" basis, without warranty or guarantee as to condition, fitness to use, or merchantability stated, implied or otherwise. Please bid from your personal observations.

**REMOVAL:** Removal will begin at end of auction, Mar 5th (day of auction) for out of county/state only! For all other buyers, removal will begin Thursday MAR 6th from 8:30am - 4:00pm. All vehicles must be removed by 4pm, Friday, MAR 7th. Storage fees of $20.00 per day, per vehicle will apply after 4pm on Friday, MAR 7th.

**BID RIGGING:**

Entering into an agreement with another person(s) not to bid in order to suppress the final bid price is a felony under State and Federal Law.

Interference with a legitimate bidder by placing a false bid or placing a bid which you cannot or do not intend to honor can have serious financial consequences for the seller and auction company.

Please be advised and forewarned, that anyone engaging in any practice of suspected to be engaging in such activity is subject to bid or purchase rescission, dismissal from the auction and future auctions, as well as, the loss of all deposits as liquidated damages for losses incurred by seller and auction company

Auction conducted by:

McCORMACK AUCTION

www.mccormackauction.com
24 Hrs. Calendar of Events: 619-447-9859

EXHIBIT D

52

07/28/2005 08:56 FAX 2029271269 CBP-SPD 004/012

JUL.28'2005 09:26 703 361-4450 EG&G TECH SERVICES #6248 P.003

US CUSTOMS MAR 2003 03-06-030
Catalog

02/05/2003
Page: 1

| Lot # | Quan | Description |
|---|---|---|
| 1 | 1 | 97 FORD EXPEDITION<br>SZ# 2001 2504 002580 01<br>VIN: 1FMRU17L1WLC40287<br>ODOM: 27383<br>***SALVAGE TITLE*** |
| 2 | 1 | 92 FORD E-150<br>SZ# 2002 2501 000130 01<br>VIN: 1FDEE14N5NHA34281<br>ODOM: UNKNOWN |
| 3 | 1 | 91 TOYOTA COROLLA<br>SZ# 2002 2503 000608 01<br>VIN: 1NXAE94A5MZ251426<br>ODOM: 233548 |
| 4 | 1 | 90 FORD F-150<br>SZ# 2002 2503 000780 01<br>VIN: 1FTDF15N4LPA72163<br>ODOM: 49542 |
| 5 | 1 | 94 DODGE RAM 1500<br>SZ# 2002 2504 000180 01<br>VIN: 1B7HC16Z6RS651205<br>ODOM: 129396 |
| 6 | 1 | 95 FORD WINDSTAR<br>SZ# 2002 2504 000845 01<br>VIN: 2FMDA5141SBD01922<br>ODOM: 108845 |
| 7 | 1 | 99 VOLKSWAGEN JETTA<br>SZ# 2002 2504 001004 01<br>VIN: 3VW8C29M0XM002769<br>ODOM: 53174<br>***SALVAGE TITLE*** |
| 8 | 1 | 91 FORD EXPLORER<br>SZ# 2002 2504 001274 01<br>VIN: 1FMDU32X5MUE13795<br>ODOM: 28102 |
| 9 | 1 | 93 PONTIAC GRAND AM<br>SZ# 2002 2504 001135 01<br>VIN: 1G2NE12N2PM756412<br>ODOM: 104981 |
| 10 | 1 | 90 TOYOTA COROLLA<br>SZ# 2002 2504 001407 01<br>VIN: 1NXAE97A5LZ136688<br>ODOM: 226847 |
| 11 | 1 | 00 TOYOTA ECHO<br>SZ# 2002 2504 001492 01<br>VIN: JTDAT123XY5015255<br>ODOM: 35748 |
| 12 | 1 | 85 FORD RANGER<br>SZ# 2002 2504 001843 01<br>VIN: 1FTCR10S1FUD81222<br>ODOM: 53148<br>***SALVAGE TITLE*** |
| 13 | 1 | 99 VOLKSWAGEN GOLF<br>SZ# 2002 2504 002073 01<br>VIN: 3VWGZA1M5XM261291<br>ODOM: 76622KM<br>***EXPORT ONLY*** |
| 14 | 1 | 68 VOLKSWAGEN BEETLE<br>SZ# 2002 2504 002088 01<br>VIN: 1332823640<br>ODOM: 44547<br>***SALVAGE TITLE*** |
| 15 | 1 | 99 VOLKSWAGEN JETTA<br>SZ# 2002 2504 300155 01<br>VIN: 3VWJA49M0XM083115<br>ODOM: 77870KM<br>***EXPORT ONLY*** |
| 16 | 1 | 90 FORD F-150<br>SZ# 2002 2504 900227 01<br>VIN: 1FTDF15N1LLA10042<br>ODOM: 84090<br>***EXPORT ONLY*** |
| 17 | 1 | 90 BUICK REGAL<br>SZ# 2002 2505 000000 01<br>VIN: 2G4WD14T5L1401086<br>ODOM: 122079<br>***SALVAGE TITLE*** |
| 18 | 1 | 94 PONTIAC TRANSPORT<br>SZ# 2002 2505 000122 01<br>VIN: 1GMDU06L1RT227030<br>ODOM: 59752<br>***SALVAGE TITLE*** |
| 19 | 1 | 89 CHEVROLET ASTRO<br>SZ# 2002 2506 000447 01<br>VIN: 1GNDM15Z9KB148343<br>ODOM: 185812<br>***DOMESTIC DISMANTLING ONLY*** |
| 20 | 1 | 96 INTERNATIONAL TRACTOR<br>SZ# 2002 2506 000775 01<br>VIN: 2HSFMAMR8TC071572<br>ODOM: 610385 |
| 21 | 1 | 94 FORD EXPLORER<br>SZ# 2002 2506 001312 01<br>VIN: 1FMDU32X0RUC60506<br>ODOM: 152889 |
| 22 | 1 | 96 FORD TAURUS<br>SZ# 2002 2506 001403 01<br>VIN: 1FALP52U4TA130122<br>ODOM: 109686<br>***SALVAGE TITLE*** |
| 23 | 1 | 87 PONTIAC GRAND AM<br>SZ# 2002 2506 001443 01<br>VIN: 1G2NV14L1HC938928<br>ODOM: 135991 |
| 24 | 1 | 85 CHEVROLET BLAZER S-10<br>SZ# 2002 2506 001460 01<br>VIN: 1GNCT18B1F8169153<br>ODOM: 53961 |
| 25 | 1 | 97 DODGE INTREPID<br>SZ# 2002 2506 900098 01<br>VIN: 2B3HD46T5VH725557<br>ODOM: 89833 |

53



US CUSTOMS MAR 2003 03-06-030 03/05/2002
Catalog Page: 2

| Lot # | Quan | Description |
| --- | --- | --- |
| 26 | 1 | 82 CHEVROLET C-10<br>SZ# 2003 2507 000258 01<br>VIN: 1GCDC14D7CS110621<br>ODOM: 36999<br>***SALVAGE TITLE*** |
| 27 | 1 | 99 CHEVROLET SILVERADO<br>SZ# 2002 2507 000260 01<br>VIN: 3GCEC28R0XG150889<br>ODOM: 102037KM<br>***EXPORT ONLY*** |
| 28 | 1 | 84 CHRYSLER FIFTH AVENUE<br>SZ# 2003 2503 000005 01<br>VIN: 1C3BF66PXXX504251<br>ODOM: 37147<br>***SALVAGE TITLE*** |
| 29 | 1 | 90 FORD TEMPO<br>SZ# 2003 2503 000008 01<br>VIN: 2FAPP37X6LB216443<br>ODOM: 65008 |
| 30 | 1 | 89 HONDA ACCORD<br>SZ# 2003 2503 000013 01<br>VIN: 1HGCA5543KA045982<br>ODOM: 210419 |
| 31 | 1 | 87 CHEVROLET BLAZER S-10<br>SZ# 2003 2503 000018 01<br>VIN: 1GNCS18R7H8144522<br>ODOM: 187582 |
| 32 | 1 | 91 OLDSMOBILE CIERA<br>SZ# 2003 2503 000022 01<br>VIN: 1G3AL54N6M6330436<br>ODOM: 135990<br>***SALVAGE TITLE*** |
| 33 | 1 | 99 FORD F-150<br>SZ# 2003 2503 000023 01<br>VIN: 1FTZX1729XKB32513<br>ODOM: 78384 |
| 34 | 1 | 72 DODGE D-100<br>SZ# 2003 2503 000025 01<br>VIN: D14AF2U598268<br>ODOM: 5098 |
| 35 | 1 | 70 CHEVROLET PICKUP<br>SZ# 2003 2503 000029 01<br>VIN: CE149Z815715<br>ODOM: 98999 |
| 36 | 1 | 93 GMC SAFARI<br>SZ# 2003 2503 000032 01<br>VIN: 1GKDM19W7PB551645<br>ODOM: 137515 |
| 37 | 1 | 94 DODGE INTREPID<br>SZ# 2003 2503 000033 01<br>VIN: 2B3HD46T7RH146098<br>ODOM: 750148 |
| 38 | 1 | 89 TOYOTA CAMRY<br>SZ# 2003 2503 000042 01<br>VIN: JT2SV22E2K3384176<br>ODOM: 251568 |
| 39 | 1 | 86 TOYOTA CAMRY<br>SZ# 2003 2503 000049 01<br>VIN: JT2SV12E7G0511491<br>ODOM: 124365 |
| 40 | 1 | 93 DODGE RAM 250<br>SZ# 2003 2503 000054 01<br>VIN: 2B6HB21X9PK513192<br>ODOM: 188229 |
| 41 | 1 | 88 CHEVROLET S-10<br>SZ# 2003 2503 000061 01<br>VIN: 1GCGS19R4J8123608<br>ODOM: 221869 |
| 42 | 1 | 96 DODGE RAM 1500<br>SZ# 2003 2503 000063 01<br>VIN: 1B7KC23Z6TJ159285<br>ODOM: 176565<br>***SALVAGE TITLE*** |
| 43 | 1 | 87 DODGE CARAVAN<br>SZ# 2003 2504 000014 01<br>VIN: 2B4FK5108HR136226<br>ODOM: 101806 |
| 44 | 1 | 87 AUDI 5000<br>SZ# 2003 2504 000020 01<br>VIN: WAUFC0442HN068297<br>ODOM: 149960 |
| 45 | 1 | 94 CHEVROLET BLAZER<br>SZ# 2003 2504 000038 01<br>VIN: 1GNDT13W5R2132209<br>ODOM: 126608<br>***SALVAGE TITLE*** |
| 46 | 1 | 74 VOLKSWAGEN BEETLE<br>SZ# 2003 2504 000048 01<br>VIN: 1342609874<br>ODOM: 79586 |
| 47 | 1 | 87 CHEVROLET SUBURBAN 10<br>SZ# 2003 2504 000050 01<br>VIN: 1GCEC16L3HM107966<br>ODOM: 43828 |
| 48 | 1 | 94 CHEVROLET C-1500<br>SZ# 2003 2504 000057 01<br>VIN: 1GCDC14K3RZ108424<br>ODOM: 140416<br>***DOMESTIC DISMANTLING ONLY*** |
| 49 | 1 | 72 VOLKSWAGEN BEETLE<br>SZ# 2003 2504 000065 01<br>VIN: 1122162457<br>ODOM: 80405 |
| 50 | 1 | 73 DODGE TRADESMAN 100<br>SZ# 2003 2504 000068 01<br>VIN: B11AE3X132826<br>ODOM: 11341 |
| 51 | 1 | 93 CHEVROLET BLAZER<br>SZ# 2003 2504 000079 01<br>VIN: 1GNEK18K7PJ350751<br>ODOM: 160579 |

54

07/28/2005 08:56 FAX 2029271289 CBP-SPD ☑ 006/012

BG&G TECH SERVICES #6248 P.005

JUL.28.2005 09:27 703 361-4450

US CUSTOMS MAR 2002 03-05-030
Catalog

03/05/2002
Page: 3

| Lot # | Quan | Description |
|---|---|---|
| 52 | 1 | 92 FORD PROBE<br>SZ# 2003 2504 000080 01<br>VIN: 1ZVPT21U1N5190448<br>ODOM: 209456<br>***SALVAGE TITLE*** |
| 53 | 1 | 93 JEEP GRAND CHEROKEE<br>SZ# 2003 2504 000081 01<br>VIN: 1J4GX58S8PC689558<br>ODOM: 105497 |
| 54 | 1 | 91 DODGE CARAVAN<br>SZ# 2003 2504 000085 01<br>VIN: 2B4GK45R4MR186203<br>ODOM: 132237<br>***SALVAGE TITLE*** |
| 55 | 1 | 89 FORD THUNDERBIRD<br>SZ# 2003 2504 000090 01<br>VIN: 1FAPP6243KH197141<br>ODOM: 191625 |
| 56 | 1 | 88 OLDSMOBILE CIERA<br>SZ# 2003 2504 000098 01<br>VIN: 2G3AJ5132J9423063<br>ODOM: 99877 |
| 57 | 1 | 96 CHEVROLET S-10<br>SZ# 2003 2504 000099 01<br>VIN: 1GCCS1440TK120206<br>ODOM: 185552 |
| 58 | 1 | 93 FORD EXPLORER<br>SZ# 2003 2504 000102 01<br>VIN: 1FMDU34X6PUD30240<br>ODOM: 47945 |
| 59 | 1 | 95 FORD AEROSTAR<br>SZ# 2003 2504 000113 01<br>VIN: 1FMCA11U0SZC18037<br>ODOM: 100297 |
| 60 | 1 | 82 VOLVO GL<br>SZ# 2003 2504 000114 01<br>VIN: YV1AX4941C1760080<br>ODOM: 174725<br>***SALVAGE TITLE*** |
| 61 | 1 | 88 DODGE SHADOW<br>SZ# 2003 2504 000118 01<br>VIN: 1B3BG44D8JN164910<br>ODOM: 176278<br>***SALVAGE TITLE*** |
| 62 | 1 | 93 FORD THUNDERBIRD<br>SZ# 2003 2504 000119 01<br>VIN: 1FAPP6245PH192353<br>ODOM: 87273 |
| 63 | 1 | 93 CHEVROLET BLAZER<br>SZ# 2003 2504 000120 01<br>VIN: 1GNEK18K8PJ312297<br>ODOM: 128909 |
| 64 | 1 | 98 NISSAN PATHFINDER<br>SZ# 2003 2504 000121 01<br>VIN: JN8AR05S9WW284727<br>ODOM: 87039<br>***PULLED*** |
| 65 | 1 | 88 FORD TAURUS<br>SZ# 2003 2504 000124 01<br>VIN: 1FABP52U3JG124487<br>ODOM: 56569 |
| 66 | 1 | 89 FORD TAURUS<br>SZ# 2003 2504 000131 01<br>VIN: 1FABP57U0KA130350<br>ODOM: 19500 |
| 67 | 1 | 93 TOYOTA T-100<br>SZ# 2003 2504 000135 01<br>VIN: JT4VD10A6P0014021<br>ODOM: 197797 |
| 68 | 1 | 77 DODGE SPORTSMAN 100<br>SZ# 2003 2504 000141 01<br>VIN: 1B12AE7X053017<br>ODOM: UNKNOWN |
| 69 | 1 | 69 FORD F-250<br>SZ# 2003 2504 000143 01<br>VIN: F25YKE15635<br>ODOM: 26575 |
| 70 | 1 | 93 FORD PROBE<br>SZ# 2003 2504 000147 01<br>VIN: 1ZVCT22B0P5155964<br>ODOM: 97301 |
| 71 | 1 | 90 CHEVROLET C-3500<br>SZ# 2003 2504 000145 01<br>VIN: 1GCGC34N0LE105102<br>ODOM: 190392 |
| 72 | 1 | 93 MAZDA NAVAJO<br>SZ# 2003 2504 000158 01<br>VIN: 4F2CU44X1PUM00636<br>ODOM: 134834 |
| 73 | 1 | 87 NISSAN PULSAR<br>SZ# 2003 2504 000159 01<br>VIN: JN1EN34S4HW015872<br>ODOM: 117150 |
| 74 | 1 | 83 FORD THUNDERBIRD<br>SZ# 2003 2504 000165 01<br>VIN: 1FABP4634DH119129<br>ODOM: 69573<br>**DOMESTIC DISMANTLING ONLY** |
| 75 | 1 | 95 GMC SONOMA<br>SZ# 2003 2504 000173 01<br>VIN: 1GTCS1946S8500560<br>ODOM: 157185 |
| 76 | 1 | 94 DODGE RAM 1500<br>SZ# 2003 2504 000174 01<br>VIN: 3B7HC16Z0RM557613<br>ODOM: 110295 |
| 77 | 1 | 87 DODGE CARAVAN<br>SZ# 2003 2504 000175 01<br>VIN: 2B4FK21C1HR191484<br>ODOM: 142183 |
| 78 | 1 | 95 NISSAN 200SX<br>SZ# 2003 2504 000176 01<br>VIN: 1N4AB42D1SC507813<br>ODOM: 157023 |

55



EG&G TECH SERVICES

US CUSTOMMS MAR 2003 03-06-030
Catalog

03/05/2002
Page: 4

| Lot # | Quan | Description |
|---|---|---|
| 79 | 1 | 89 ACURA LEGEND<br>SZ# 2003 2504 000177 01<br>VIN: JH4KA4658JC035674<br>ODOM: 194429 |
| 80 | 1 | 93 TOYOTA TERCEL<br>SZ# 2003 2504 000178 01<br>VIN: JT2EL46S2P0333311<br>ODOM: 172623<br>***SALVAGE TITLE*** |
| 81 | 1 | 90 JAGUAR XJ6<br>SZ# 2003 2504 000181 01<br>VIN: SAJHX1740LC625917<br>ODOM: UNKNOWN |
| 82 | 1 | 89 TOYOTA CAMRY<br>SZ# 2003 2504 000184 01<br>VIN: JT2SV21E4K3334428<br>ODOM: 140688<br>***SALVAGE TITLE*** |
| 83 | 1 | 84 FORD RANGER<br>SZ# 2003 2504 000186 01<br>VIN: 1FTBR10A1EUD77076<br>ODOM: 51714 |
| 84 | 1 | 87 TOYOTA PICKUP<br>SZ# 2003 2504 000190 01<br>VIN: JT4RN55R6H0234202<br>ODOM: 264664<br>****SALVAGE TITLE*** |
| 85 | 1 | 91 FORD THUNDERBIRD<br>SZ# 2003 2504 000196 01<br>VIN: 1FAPP6048MH169552<br>ODOM: 167967 |
| 86 | 1 | 89 GMC SAFARI<br>SZ# 2003 2504 000197 01<br>VIN: 1GKDM15Z4KB508809<br>ODOM: 199632<br>***SALVAGE TITLE*** |
| 87 | 1 | 85 OLDSMOBILE CIERA<br>SZ# 2003 2504 000200 01<br>VIN: 1G3AM2732FD428223<br>ODOM: 239119 |
| 88 | 1 | 84 MERCURY MARQUIS<br>SZ# 2003 2504 000203 01<br>VIN: 1MEBP8939EG642651<br>ODOM: 33808 |
| 89 | 1 | 89 MAZDA 323<br>SZ# 2003 2504 000207 01<br>VIN: JM1BF2220K0365234<br>ODOM: 145148 |
| 90 | 1 | 91 CHEVROLET LUMINA<br>SZ# 2003 2504 000211 01<br>VIN: 2G1WN14T9M9124763<br>ODOM: 215956 |
| 91 | 1 | 78 CHEVROLET CAPRICE<br>SZ# 2003 2504 000217 01<br>VIN: 1L35L8C115262<br>ODOM: 49370 |
| 92 | 1 | 92 TOYOTA COROLLA<br>SZ# 2003 2504 000220 01<br>VIN: 1NXAE94A0NZ327300<br>ODOM: 186710 |
| 93 | 1 | 01 CHEVY CHEVY<br>SZ# 2003 2504 000222 01<br>VIN: 93CSK80N21C216337<br>ODOM: 452247KM<br>***EXPORT ONLY**** |
| 94 | 1 | 96 FORD MUSTANG<br>SZ# 2003 2504 000230 01<br>VIN: 1FALP4043TF172663<br>ODOM: 102421 |
| 95 | 1 | 95 MITSUBISHI ECLIPSE<br>SZ# 2003 2504 000231 01<br>VIN: 4A3AK54F0SE172879<br>ODOM: 97114<br>***SALVAGE TITLE*** |
| 96 | 1 | 91 VOLKSWAGEN PASSAT<br>SZ# 2003 2504 000234 01<br>VIN: WVWFB4316ME017077<br>ODOM: 99537<br>***SALVAGE TITLE*** |
| 97 | 1 | 94 TOYOTA PICKUP<br>SZ# 2003 2504 000235 01<br>VIN: 4TARN81A6RZ180491<br>ODOM: 142659 |
| 98 | 1 | 92 NISSAN MAXIMA<br>SZ# 2003 2504 000236 01<br>VIN: JN1EJ01F0NT103327<br>ODOM: 154958<br>**DOMESTIC DISMANTLING ONLY*** |
| 99 | 1 | 88 TOYOTA PICKUP<br>SZ# 2003 2504 000237 01<br>VIN: JT4RN63A7J0204473<br>ODOM: 181563 |
| 100 | 1 | 95 DODGE DAKOTA<br>SZ# 2003 2504 000239 01<br>VIN: 1B7FL26G0SW905572<br>ODOM: 116002 |
| 101 | 1 | 87 MERCURY TOPAZ<br>SZ# 2003 2504 000240 01<br>VIN: 1MEBM37X6HK626541<br>ODOM: 55364<br>****SALVAGE TITLE*** |
| 102 | 1 | 95 JEEP WRANGLER<br>SZ# 2003 2504 000241 01<br>VIN: 1J4FY19P4SP200859<br>ODOM: 100242<br>***SALVAGE TITLE*** |
| 103 | 1 | 94 FORD RANGER<br>SZ# 2003 2504 000243 01<br>VIN: 1FTCR10A1RPC24125<br>ODOM: 167398 |
| 104 | 1 | 93 NISSAN SENTRA<br>SZ# 2003 2504 000244 01<br>VIN: 1N4EB32A1PC745572<br>ODOM: 142905 |

56

07/28/2005 09:58 FAX 2029271268 CBP-SPD ☑ 008/012
EG&G TECH SERVICES #6248 P.007
JUL.28'2005 09:28 703 361-4450

US CUSTOMS MAR 2003, 03-04-030
Catalog

03/05/2002
Page: 5

| Lot # | Quan | Description |
|---|---|---|
| 105 | 1 | 91 FORD PROBE<br>SZ# 2003 2504 000247 01<br>VIN: 1ZVPT20C7M5180241<br>ODOM: 138369 |
| 106 | 1 | 99 VOLKSWAGEN NEW JETTA<br>SZ# 2003 2504 000249 01<br>VIN: 3VWSC29M2XM080472<br>ODOM: 35767<br>***SALVAGE TITLE*** |
| 107 | 1 | 85 VOLVO 740 GLE<br>SZ# 2003 2504 000251 01<br>VIN: YV1FX8840F1100759<br>ODOM: 136964 |
| 108 | 1 | 89 NISSAN SENTRA<br>SZ# 2003 2504 000252 01<br>VIN: JN1GB24P1KU009073<br>ODOM: 140088 |
| 109 | 1 | 98 JEEP CHEROKEE<br>SZ# 2003 2504 000254 01<br>VIN: 1J4FJ28S8WL191912<br>ODOM: 129889 |
| 110 | 1 | 96 NISSAN MAXIMA<br>SZ# 2003 2504 000269 01<br>VIN: JN1CA21D0TT722775<br>ODOM: 127613<br>***SALVAGE TITLE*** |
| 111 | 1 | 77 CHEVROLET SILVERADO C-10<br>SZ# 2003 2504 000285 01<br>VIN: CCL447B168778<br>ODOM: 25416 |
| 112 | 1 | 82 DODGE RAM 350<br>SZ# 2003 2504 000305 01<br>VIN: 1B7KD34U9CS227790<br>ODOM: 14332 |
| 113 | 1 | 92 DODGE DAYTONA<br>SZ# 2003 2504 000306 01<br>VIN: 1B3XG24K0NN225275<br>ODOM: 96064 |
| 114 | 1 | 90 HONDA ACCORD<br>SZ# 2003 2504 000313 01<br>VIN: JHMCB7643LC123545<br>ODOM: 119092<br>***SALVAGE TITLE*** |
| 115 | 1 | 98 NISSAN ALTIMA<br>SZ# 2003 2504 000317 01<br>VIN: 1N4DL01D9WC186015<br>ODOM: 94932 |
| 116 | 1 | 94 NISSAN QUEST<br>SZ# 2003 2504 000323 01<br>VIN: 4N2DN11W3RD801679<br>ODOM: 158770<br>***SALVAGE TITLE*** |
| 117 | 1 | 98 ISUZU RODEO<br>SZ# 2003 2504 900013 01<br>VIN: 4S2CK58W6W4371750<br>ODOM: 124619 |
| 118 | 1 | 93 FORD RANGER<br>SZ# 2003 2504 900033 01<br>VIN: 1FTCR11X7PUC32019<br>ODOM: 35225 |
| 119 | 1 | 95 CHEVROLET ASTRO<br>SZ# 2003 2504 900035 01<br>VIN: 1GNDM19W4SB227161<br>ODOM: 203112 |
| 120 | 1 | 92 TOYOTA CAMRY<br>SZ# 2003 2504 900037 01<br>VIN: JT2SK12E5N0009646<br>ODOM: 158682 |
| 121 | 1 | 88 JEEP CHEROKEE<br>SZ# 2003 2504 900047 01<br>VIN: 1JCMT7840JT141285<br>ODOM: 202571 |
| 122 | 1 | 88 NISSAN SENTRA<br>SZ# 2003 2505 000011 01<br>VIN: JN1PB2280JU567258<br>ODOM: 90985 |
| 123 | 1 | 97 DODGE STRATUS<br>SZ# 2003 2505 000012 01<br>VIN: 1B3EJ46X1VN676600<br>ODOM: 172513 |
| 124 | 1 | 94 CHEVROLET SILVERADO 1500<br>SZ# 2003 2505 000014 01<br>VIN: 1GCEC14K0RE132B110<br>ODOM: 114871<br>***SALVAGE TITLE*** |
| 125 | 1 | 93 CHEVROLET S-10<br>SZ# 2003 2505 000017 01<br>VIN: 1GCCS1949S8214475<br>ODOM: 67545<br>***SALVAGE TITLE*** |
| 126 | 1 | 87 FORD BRONCO<br>SZ# 2003 2506 000008 01<br>VIN: 1FMDU15N3HLA73126<br>ODOM: 83511 |
| 127 | 1 | 83 FORD RANGER<br>SZ# 2003 2506 000018 01<br>VIN: 1FTCR10A8DUA95634<br>ODOM: 59804 |
| 128 | 1 | 92 PLYMOUTH GRAND VOYAGER<br>SZ# 2003 2506 000022 01<br>VIN: 1P4GH54R6NX168362<br>ODOM: 154454<br>***SALVAGE TITLE*** |
| 129 | 1 | 88 ISUZU TROOPER II<br>SZ# 2003 2506 000023 01<br>VIN: JACCH58E2J7914941<br>ODOM: 177646 |
| 130 | 1 | 90 MITSUBISHI MONTERO<br>SZ# 2003 2506 000025 01<br>VIN: JA4GJ31S9LJ009107<br>ODOM: 180910 |

57

07/28/2005 08:56 FAX 2028271268 CBP-SPD ☒008/012
EG&G TECH SERVICES #6248 P.006
JUL.26'2005 09:28 703 361-4450

US CUSTOMMS MAR 2003 03-06-030
Catalog

03/05/2002
Page: 6

| Lot # | Quan | Description |
|---|---|---|
| 131 | 1 | 89 CHEVROLET SILVERADO 2500<br>SZ# 2003 2506 000028 01<br>VIN: 2GCFC29K6K1245054<br>ODOM: 190190 |
| 132 | 1 | 84 INTERNATIONAL TRUCK<br>SZ# 2003 2506 000031 01<br>VIN: 1HTLCGWM1EHA28157<br>ODOM: 344006 |
| 133 | 1 | 01 FORD FOCUS<br>SZ# 2003 2506 000038 01<br>VIN: 1FAFP34P21W210893<br>ODOM: 13979<br>***SALVAGE TITLE*** |
| 134 | 1 | 96 SATURN SL1<br>SZ# 2003 2506 000039 01<br>VIN: 1G8ZG5286TZ110483<br>ODOM: 56232<br>***SALVAGE TITLE*** |
| 135 | 1 | 88 JEEP CHEROKEE<br>SZ# 2003 2506 000040 01<br>VIN: 1JCMR7824JT103008<br>ODOM: 164383<br>***SALVAGE TITLE*** |
| 136 | 1 | 82 DODGE RAM 1500<br>SZ# 2003 2506 000042 01<br>VIN: 2B7GB13R0CK146660<br>ODOM: 15174 |
| 137 | 1 | 95 TOYOTA CAMRY<br>SZ# 2003 2506 000043 01<br>VIN: 4T1SK12C1SU602025<br>ODOM: 178242 |
| 138 | 1 | 93 MAZDA MPV<br>SZ# 2003 2506 000049 01<br>VIN: JM3LV5225P0515121<br>ODOM: 184544 |
| 139 | 1 | 85 TOYOTA CAMRY<br>SZ# 2003 2506 000054 01<br>VIN: JT2SV16E6F0340872<br>ODOM: 65136<br>***SALVAGE TITLE*** |
| 140 | 1 | 86 CHRYSLER LEBARON<br>SZ# 2003 2506 000055 01<br>VIN: 1C3BC55D8GG208545<br>ODOM: 58398 |
| 141 | 1 | 86 FORD BRONCO<br>SZ# 2003 2506 000057 01<br>VIN: 1FMDU15N0GLA40027<br>ODOM: 26860 |
| 142 | 1 | 93 CHEVROLET CORSICA<br>SZ# 2003 2506 000060 01<br>VIN: 1G1LT5346PY192920<br>ODOM: 108005 |
| 143 | 1 | 89 ACURA LEGEND<br>SZ# 2003 2506 000062 01<br>VIN: JH4KA4664KC010846<br>ODOM: 193457 |
| 144 | 1 | 88 DODGE GRAND CARAVAN<br>SZ# 2003 2506 000063 01<br>VIN: 1B4FK5035JX207730<br>ODOM: 139397 |
| 145 | 1 | 85 FORD BRONCO<br>SZ# 2003 2506 000064 01<br>VIN: 1FMDU15H9FLA54135<br>ODOM: 95743 |
| 146 | 1 | 89 TOYOTA TERCEL<br>SZ# 2003 2506 000069 01<br>VIN: JT2EL36GXK0367924<br>ODOM: 167314<br>***SALVAGE TITLE*** |
| 147 | 1 | 91 PONTIAC GRAND AM<br>SZ# 2003 2506 000071 01<br>VIN: 1G2NE52M9NM526024<br>ODOM: 93017<br>****SALVAGE TITLE*** |
| 148 | 1 | 93 FORD THUNDERBIRD<br>SZ# 2003 2506 000012 01<br>VIN: 1FABP4632PH162712<br>ODOM: 115795<br>***SALVAGE TITLE*** |
| 149 | 1 | 89 PLYMOUTH SUNDANCE<br>SZ# 2003 2507 000011 01<br>VIN: 1P3BP48D0KN695306<br>ODOM: 127765 |
| 150 | 1 | 88 DODGE SHADOW<br>SZ# 2003 2507 000017 01<br>VIN: 1B3BS94E0JN260496<br>ODOM: 138496 |
| 151 | 1 | 86 VOLKSWAGEN GOLF<br>SZ# 2003 2507 000019 01<br>VIN: 1VWDA017XGV066452<br>ODOM: 150445<br>***SALVAGE TITLE*** |
| 152 | 1 | ROADMASTER BICYCLE<br>SZ# 2003 2506 000027 01<br>VIN: S2C0030627 |
| 901 | 1 | 82 HONDA SILVERWING GL500<br>VIN: JH2PC0305CM102322<br>ODOM: 57677<br>LIC: 1325224<br>PINK SLIP |
| 901A | 1 | DOC FEE $45 |
| 901B | 1 | TRANSFER $10<br>VLF $3<br>REG FEE $37 |
| 1142 | 1 | 79 CHEVROLET MALIBU<br>VIN: 1W19K9Z406293<br>ODOM:<br>LIC: 527WQG<br>**LIENSALE, MUST REG IN CA, NO<br>EXPORT OUT OF CA**WHOLESALE<br>ONLY*** |
| 1142A | 1 | DOC FEE $45 |

58

07/28/2005 08:57 FAX 2028271268 CBP-SPD ☑010/012

#6248 P.009

EG&G TECH SERVICES

JUL.28'2005 09:29 703 361-1450

US CUSTOMS MAR 2003 03-06-03D 03/05/2002
Catalog Page: 7

| Lot # | Quan | Description |
|---|---|---|
| 1175 | 1 | 83 PORSCHE 928<br>VIN: WP0AA0924SDN451943<br>ODOM: 49503<br>LIC: 4BSY176<br>PINK SLIP |
| 1175A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $45 |
| 1175B | 1 | TRANSFER $30<br>VLF $31<br>REG FEE $33<br>IF SMOGGED, SMOG CERT FEE $9 |
| 1178 | 1 | 90 PLYMOUTH LASER<br>VIN: 4P3CS44R8LE068205<br>ODOM: 210277<br>LIC: 2RWF321<br>PINK SLIP<br>SMOG- FAILED<br>***WHOLESALE/EXPORT ONLY** |
| 1178A | 1 | DOC FEE $45<br>SMOG FEE, $59 |
| 1180 | 1 | 93 CHEVROLET LUMINA<br>VIN: 2G1WN54TXP9221238<br>ODOM: 162550<br>LIC: 3DKS370<br>PINK SLIP |
| 1180A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1180B | 1 | REG FEE $35<br>VLF= $21<br>PENALTY $29<br>TRANSFER $30<br>IF SMOGGED, SMOG CERT FEE $9 |
| 1183 | 1 | 90 ISUZU TROOPER<br>VIN: JACCH58E5L7906609<br>ODOM: 183072<br>LIC: 3MGN270<br>PINK SLIP<br>**PASSED SMOG |
| 1183A | 1 | DOC FEE $45<br>SMOG FEE $50 |
| 1183B | 1 | TRANSFER $30<br>SMOG CERT FEE $9 |
| 1186 | 1 | 90 MAZDA 929<br>VIN: JM1HC2244L0313589<br>ODOM: 183694<br>LIC: 2UHA369<br>PINK SLIP |
| 1186A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1186B | 1 | TRANSFER $30<br>IF SMOGGED, SMOG CERT FEE $9 |

| Lot # | Quan | Description |
|---|---|---|
| 1187 | 1 | 94 DODGE RAM 3500 VAN<br>VIN: 2B7KB31Z9RK185626<br>ODOM: 060041<br>LIC: 5572515<br>**PASSED SMOG**<br>**APPLY FOR TITLE, MUST REG IN CA/NO EXPORT OUT OF CA**<br>***CNG FUEL*** |
| 1187A | 1 | DOC FEE $45 |
| 1187B | 1 | TOTAL DMV FEES DUE:<br>$270 |
| 1198 | 1 | 84 VOLVO 240DL<br>VIN: YV1AX8844E1950620<br>ODOM: 407586<br>LIC: 1UGT772<br>**WHOLESALE ONLY**APP FOR DUP, NO EXPORT OUT OF CA/MUST REG IN CA** |
| 1198A | 1 | DOC FEE $45 |
| 1199 | 1 | 79 FIAT SEDAN<br>VIN: 138A2162943<br>ODOM: 83762<br>LIC: 1EAN554<br>PINK SLIP<br>***WHOLESALE/EXPORT ONLY*** |
| 1199A | 1 | DOC FEE $45 |
| 1200 | 1 | 79 FIAT 2 DOOR<br>VIN: 138A2181060<br>ODOM: 50934<br>LIC: 1CSP098<br>PINK SLIP<br>***DISMANTLING ONLY*** |
| 1200A | 1 | DOC FEE $45 |
| 1204 | 1 | 83 CHEVROLET S-10 BLAZER<br>VIN: 1G8CS18B1D8146735<br>ODOM: 61049<br>LIC: 1GWR781<br>PINK SLIP |
| 1204A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1204B | 1 | TRANSFER $30<br>IF SMOGGED, SMOG CERT FEE $9 |
| 1206 | 1 | 86 TOYOTA 4 RUNNER<br>VIN: JT4RN62D6G0026110<br>ODOM: TMU, ODOMETER DOESN'T WK<br>LIC: 2VRN557<br>PINK SLIP |
| 1206A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1206B | 1 | REG FEE $36<br>TRANSFER $30<br>VLF $15 |

07/28/2005 09:57 FAX 2029271268 CBP-SPD ☒011/012
#6248 P.010
JUL.28'2005 09:29 703 561-4450 EG&G TECH SERVICES

US CUSTOMS MAR 2003 03-06-030
Catalog

03/05/2002
Page: 8

| Lot # | Quan | Description |
|---|---|---|
| 1207 | 1 | 85 MAZDA RX-7<br>VIN: JM1FB3321FD882465<br>ODOM: 102485<br>LIC: 1MBA698<br>PINK SLIP |
| 1207A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1207B | 1 | REG FEE $36<br>TRANSFER $30<br>VLF $16 |
| 1208 | 1 | 87 CHRISCRAFT CAVALIER 19FT.<br>VIN: CNFVD243E787<br>CF 4309 KG<br>PINK SLIP<br>**VESSELS SOLD AS OWNER<br>DEMANDS TITLE** |
| 1208A | 1 | DOC FEE $45 |
| 1210 | 1 | 85 FORD ESCORT<br>VIN: 1FABP3135FW339427<br>ODOM: 46898<br>LIC: 1SOC378<br>PINK SLIP<br>**WHOLESALE/EXPORT ONLY** |
| 1210A | 1 | DOC FEE $45 |
| 1211 | 1 | 85 JAGUAR XJ6<br>VIN: SAJAV1343FC394305<br>ODOM: 101297<br>LIC: RDFPEF<br>PINK SLIP |
| 1211A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1211B | 1 | TRANSFER $30<br>IF SMOGGED, SMOG CERT FEE $9 |
| 1220 | 1 | 86 OLDSMOBILE CUTLASS SIERRA<br>VIN: 1G3AJ19R3GD413105<br>ODOM: 83549<br>LIC: 3CUD333<br>PINK SLIP |
| 1220A | 1 | DOC FEE $45<br>IF SMOGGED, SMOG FEE $50 |
| 1220B | 1 | TRANSFER $30<br>IF SMOGGED, SMOG CERT FEE $9 |
| 1226 | 1 | 81 HONDA HAWK CB400T<br>VIN: JH2NC0304BM105488<br>ODOM: 008130<br>LIC: 13W3710<br>PINK SLIP |
| 1226A | 1 | DOC FEE $45 |
| 1226B | 1 | TRANSFER $30 |
| 1228 | 1 | 82 YAMAHA SECA 400<br>VIN: JYA16M005CA006963<br>ODOM: 2621<br>LIC: 23B3007<br>PINK SLIP |
| 1228A | 1 | DOC FEE $45 |
| 1228B | 1 | REG EXPIRED 98, PENALTIES DUE.<br>**TOTAL DMV DUES $180 (EST.) |
| 1230 | 1 | 90 BAYLINER 22 FT OPEN BOW<br>RUNABOUT BOAT<br>VIN: BL3C35CPD090<br>CF 5380 NA<br>PINK SLIP<br>**VESSELS SOLD AS OWNER<br>DEMANDS TITLE** |
| 1230A | 1 | DOC FEE $45 |
| 1234 | 1 | 87 VANSO SINGLE AXLE TRAILER<br>VIN: 17LAB13JDJ1542143<br>LIC: 1DA4873<br>PINK SLIP |
| 1234A | 1 | DOC FEE $45 |
| 1234B | 1 | TRANSFER $18<br>IF BUYER WANTS TITLE, $10 |
| 1237 | 1 | 81 CHEVROLET CORVETTE<br>VIN: 1G1AY8765B5107707<br>ODOM: 95874<br>LIC: 1DRX699<br>PINK SLIP |
| 1237A | 1 | DOC FEE $45 |
| 1237B | 1 | TRANSFER $30 |
| 1240 | 1 | 90 FORD F350<br>VIN: 2FTJW35H3LCA37596<br>ODOM: 71852<br>LIC: 5H90579<br>PINK SLIP<br>**PASSED SMOG |
| 1240A | 1 | DOC FEE $45 |
| 1240B | 1 | TRANSFER $15 |
| 1241 | 1 | 91 CHEVROLET K2500 SUBURBAN<br>VIN: 1GCGR13K5LF300363<br>ODOM: 02836<br>LIC: 4F36794<br>PINK SLIP<br>**PASSED SMOG |
| 1241A | 1 | DOC FEE $45 |
| 1241B | 1 | REG FEE $35<br>WEIGHT FEE $154<br>TRANSFER $15<br>VLF=.675% OF SALE PRICE |
| 1242 | 1 | 77 FORTIBUS CHEVY VAN 30<br>VIN: CG337416051<br>ODOM: 29785<br>LIC: 102VVE<br>PINK SLIP<br>**PASSED SMOG |
| 1242A | 1 | DOC FEE $45 |

07/29/2005 08:57 FAX 2029271269 CBP-SPD 012/012
JUL.28'2005 09:29 703 361-4450 EG&G TECH SERVICES #6248 P.011

US CUSTOMS MAR 2003 03-06-030
Catalog

03/05/2003
Page: 9

| Lot # | Quan | Description |
|---|---|---|
| 1242B | 1 | REG FEE $36<br>TRANSFER $15<br>VLF= .675% OF SALE PRICE<br>WEIGHT FEE TO BE DETERMINED |
| 1243 | 1 | 64 DODGE PICKUP<br>VIN: 1881004KL6<br>ODOM: 80000<br>LIC: 1Y33491<br>PINK SLIP<br>SMOG EXEMPT |
| 1243A | 1 | DOC FEE $45 |
| 1243B | 1 | REG FEE $36<br>WEIGHT FEE $24<br>TRANSFER $15<br>VLF= .675% OF SALE PRICE |
| 1244 | 1 | 83 FORD PICKUP<br>VIN: F25CK460443<br>ODOM: 90875<br>LIC: 4M75433<br>PINK SLIP<br>SMOG EXEMPT |
| 1244A | 1 | DOC FEE $45 |
| 1244B | 1 | REG FEE $36<br>WEIGHT FEE $24<br>TRANSFER $15<br>VLF $3 |
| 1245 | 1 | 85 FORD F250 XLT<br>VIN: 1FTHX25L3FKB47357<br>ODOM: 27994<br>LIC: 2541284<br>***WHOLESALE/EXPORT ONLY***<br>**WAITING ON TITLE** |
| 1245A | 1 | DOC FEE $45 |
| 1246 | 1 | 87 DODGE RAM 350<br>VIN: 2B7KB3319HK232082<br>ODOM: 43702<br>LIC: 5V77854<br>PINK SLIP<br>***PASSED SMOG |
| 1246A | 1 | DOC FEE $45 |
| 1246B | 1 | TRANSFER $15 |
| 1247 | 1 | GMC SIERRA 35<br>VIN: TCM33AV594405<br>ODOM: 91476<br>LIC: 3529972<br>***WHOLESALE/EXPORT ONLY***<br>***WAITING ON TITLE*** |
| 1247A | 1 | DOC FEE $45 |
| 1258 | 1 | 90 ESCORT TRAILER<br>VIN: 4051195B71X000351<br>LIC: 1CC8871<br>PINK SLIP |
| 1258A | 1 | DOC FEE $45 |

| Lot # | Quan | Description |
|---|---|---|
| 1258B | 1 | TRANSFER $10<br>**IF BUYER WANTS' TITLE, TITLE $10** |
| 1260 | 1 | 90 OLDSMOBILE TROFEO<br>VIN: 1G3EV13C4LU312472<br>ODOM: 104478<br>LIC: 2TRM540<br>PINK SLIP<br>PASSED SMOG |
| 1260A | 1 | DOC FEE $45 |
| 1260B | 1 | TRANSFER $15 |
| 2000 | 1 | AIR COMPRESSOR |
| 2001 | 1 | 3000 LB CLARK BATTERY POWERED FORKLIFT |

McCORMACK AUCTION COMPANY
743 El Cajon Blvd.
El Cajon, CA 92020
(619) 447-1196 Fax# 447-9358

US CUSTOMMS MAR 2003 03-06-030

INVOICE

Thu Mar 6 09:41:09 2003

Bidder # 167
ALI JAZMIN RODRIGUEZ
203 LAURAL AVE. #62
NATIONAL CITY CA 91950
619/434-1625

| Lot# | Description | Unit Price | Quan | Total Bid | Tax | Row | Pos. |
|---|---|---|---|---|---|---|---|
| 60 | 82 VOLVO GL<br>SZ# 2003 2504 000114 01<br>VIN: YV1AX4941C1768088<br>ODOM: 174785<br>***SALVAGE TITLE*** | | 1 | 200.00 | N | 1 | 111 |
| 96 | 91 VOLKSWAGEN PASSAT<br>SZ# 2003 2504 000224 01<br>VIN: WVWFB431GME017877<br>ODOM: 95537<br>***SALVAGE TITLE*** | | 1 | 600.00 | N | 1 | 096 |

| | |
|---|---|
| Non Tax. Purchases | 800.00 |
| Buyer's Premium | 0.00 |
| Sales Tax | 0.00 |
| Total | 800.00 |
| LESS | |
| Previous Payments | 800.00 |
| *Balance Due | 0.00 |

Thank you for your patronage.
McCORMACK AUCTION COMPANY

THANK YOU FOR ATTENDING TODAY'S AUCTION. PLEASE NOTE ALL MERCHANDISE SOLD ON AN "AS IS, WHERE IS" BASIS WITH NO WARRANTEES OR GUARANTEES AS TO CONDITION, FITNESS TO USE, OR MERCHANTIBILITY STATED OR IMPLIED. PLEASE BID FROM YOUR OWN PERSONAL OBSERVATION. ALSO, TOTAL INVOICE MUST BE PAID IN FULL BEFORE ANY PURCHASES MAY BE REMOVED. WE APPRECIATE YOUR BUSINESS AND YOUR COOPERATION.

EXHIBIT E

62

JUN.22 2005 12:07 310 059 ... SERVICES

FEDERAL FORFEITURE SALE

# The United States Government

## Certificate to Obtain Title to a Vehicle

*(Must Be Machine Prepared. See Instructions on reverse.)* ☐ Duplicate If Checked

The undersigned Department or Agency of the United States Government certifies that the vehicle described herein, the property of the United States Government, has been transferred this 5th day of MARCH 20 03, to the Transferee designated herein; and that this is the first transfer of such vehicle in ordinary trade and commerce subsequent to acquisition thereof by the United States Government.

| Vehicle Identification No. | | | Certificate No. | |
|---|---|---|---|---|
| WVWFB41GME017877 | | | CS2003 2304 000234 01 003 | |
| **Year** | **Make of Vehicle** | **Series or Model** | **Body Style** | |
| 1991 | VOLKSWAGEN | PASSAT | SEDAN | |
| **Fuel** | **No. of Cylinders** | **Weight (Shipping)** | **GVWR** | **Purchase Price** |
| | 4 | | | $400.00 |

| Transferor (Accountable office, i.e., department or agency, subunit and address, ZIP Code) | Transferee (Name of dealer, individual, etc. and address including ZIP Code) |
|---|---|
| U.S. CUSTOMS SERVICE<br>9495 CUSTOM HOUSE PLAZA<br>SAN DIEGO, CA 92154 | Ali Jasmin Rodriguez<br>202 Laurel Ave. #82<br>National City, Ca.91950 |

| Odometer Disclosure Statement | Date of Statement |
|---|---|
| | MARCH 5, 2003 |

Federal Law (and State law, if applicable) requires that you state the mileage upon transfer of ownership; failure to complete or providing a false statement may result in fines and/or imprisonment.

I, U.S. CUSTOMS SERVICE (Transferor's Name (Seller)) state that the odometer now reads 95537 (Odometer Reading (No Tenths)) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is not the actual mileage: WARNING - ODOMETER DISCREPANCY.

SALE EXEMPT FROM TAX UNDER SEC. 6 OF CALIFORNIA SALE OR USE TAX LAW, GOV'T CODE 2010(4

| Transferor's Signature (Seller) | Printed Name (Not Typed) and Title | Date |
|---|---|---|
| X [signature] | [signature] | 3/05/03 |
| **Transferee's Signature (Buyer)** | **Printed Name (Not Typed) and Title** | **Date** |
| X Ali J. Rodriguez | Ali Jasmin Rodriguez | 3-5-03 |

B877462

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

096

STANDARD FORM 97 (Rev. 4-96)
Prescribed by GSA FPMR (41 CFR) 101-46.303-3
Previous Edition Not Usable NSN 7540-00-634-4047
97-109

EXHIBIT F