IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and<br>ALI JAZMIN RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-370C<br>(Judge Lettow) |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACTS**

Pursuant to Rule 56(h)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States hereby asserts that the following material facts are undisputed. "Def. App." refers to the appendix in support of our motion for summary judgment at which support for each factual assertion can be found.

1. On March 5, 2003, Ali Jazmin Rodriguez purchased a 1991 Volkswagen Passat for $600 at an auction conducted upon behalf of the United States. Def. App. 3-4 (Compl. ¶¶ 8-14), 50, 61, 62.

2. The auction was conducted by McCormack Auction Company ("McCormack"), in conjunction with EG&G Technical Services ("EG&G"). Def. App. 48.

3. The auction was advertised in a brochure published by EG&G. Under the heading "terms and conditions," the brochure stated, among other things, that

> All merchandise is sold "As Is, Where Is" without warranty, or guarantee of any kind, stated, implied or otherwise. Please bid from your personal observations!

Def. App. 48.

4. As a condition of participating in the March 5, 2003 auction, Mrs. Rodriguez completed and signed an EG&G bidder registration form. Def. App. 45, 50.

5. The form stated, above Mrs. Rodriguez's signature, that "I agree to comply with the terms of sale contained in the sale catalog for this sale and all future sales I attend." Def. App. 50.

6. The sales catalog for the March 5, 2003 auction stated:

> **WARRANTY/GUARANTEE:** All merchandise is sold on an "AS IS, WHERE IS" basis, without warranty or guarantee as to condition, fitness to use, or merchantability stated, implied or otherwise. Please bid from your own personal observations.

Def. App. 51 (emphasis in original).

7. Mrs. Rodriguez paid $600 for the vehicle, together with $200 for another car. Def. App. 61.

8. Mrs. Rodriguez was required to present an invoice in order to pick up the vehicles she purchased. Def. App. 46.

9. The invoice contained the following language at the bottom of the page:

> THANK YOU FOR ATTENDING TODAY'S AUCTION. PLEASE NOTE ALL MERCHANDISE SOLD ON AN "AS IS, WHERE IS" BASIS WITH NO WARRANTIES OR GUARANTEES AS TO CONDITION, FITNESS TO USE, OR MERCHANT[A]BILITY STATED OR IMPLIED. PLEASE BID FROM YOUR OWN PERSONAL OBSERVATION. ALSO, TOTAL INVOICE MUST BE PAID IN FULL BEFORE ANY PURCHASES MAY BE REMOVED. WE APPRECIATE YOUR BUSINESS AND YOUR COOPERATION.

Def. App. 61.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHYRN A. BLEECKER
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118

Attorneys for Defendant

Of Counsel:
ERIK J. GANTZEL
Office of Assistant Chief Counsel
U.S. Customs & Border Protection
610 West Ash Street
Suite 1200
San Diego, CA 92101

July 29, 2005