IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and<br>ALI JAZMIN RODRIGUEZ,<br><br>Plaintiffs<br><br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-370C<br>[Judge Lettow] |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC") plaintiffs, ADRIAN RODRIGUEZ and ALI JAZMIN RODRIGUEZ respectfully request an enlargement of time to and including October 7, 2005 within which to file an opposition to the motion to dismiss or, in the alternative, for summary judgment filed by the defendant THE UNITED STATES. The response was due August 31, 2005 but plaintiff's counsel did not received notice of the motion until the first week of September, 2005. This is the first request for an enlargement of time. Counsel for the defendant, THE UNITED STATES, has represented that THE UNITED STATES does not oppose this request.

The requested enlargement of time is necessary because counsel for the plaintiff had not yet registered for electronic filing but recently completed this process. Further, the motion is a comprehensive motion which requires a great deal of research and drafting to respond to the same.