No. 05-370C

1. (Judge Lettow)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADRIAN RODRIGUEZ AND ALI JAZMIN RODRIGUEZ

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

---

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFFS

ADRIAN RODRIGUEZ AND ALI JAZMIN RODRIGUEZ

Plaintiffs request a final enlargement of time to oppose the motion for summary judgment and to dismiss filed by the USA. The date for the opposition was October 28, 2005. Counsel for the USA does not oppose this request. This is the first time counsel has filed such an extensive brief electronically and technical difficulties were encountered. The points and authorities were filed October 28, 2005 (Pacific Standard Time). However, as it was late in the evening, it was October 29, 2005 on Eastern Standard Time. Further attempts to file the remaining documents were unsuccessful until the Response to the Statement of Uncontroverted Facts was filed October 31, 2005. Then the ECF system apparently encountered problems and further efforts to file the balance of the documents were unsuccessful until today. I request an enlargement of time until tomorrow, November 2, 2005 to complete the filing of plaintiffs' opposition. The only document that remains to be filed is the plaintiffs' appendix with attachments. Plaintiffs counsel believes that this final document will be filed before close of business today. It is a large document and plaintiffs' counsel is still working on the proper format to file it. For the foregoing reasons, plaintiffs respectfully request that the Court grant our unopposed motion to enlarge the time within which to complete the filing of the plaintiffs' opposition to the motion for summary judgment and to dismiss until November 2, 2005.

Dated:

TERESA TRUCCHI

ATTORNEY FOR ADRIAN AND ALI JAZMIN RODRIGUEZ