it and what was occurring and why we were -- why we were doing what we were doing, and also the creation of the stamp and the utilization of the 6051 to stamp the stamp on. So basically we laid out the -- what's the word I am looking for -- the updated version. What was coming and why.

**Q. All right. Thank you.**

**Now, at some point in time the sale of auction vehicles was suspended. Do you recall that?**

A. Uh-huh.

**Q. Yes?**

A. Yes, I do. I'm sorry.

**Q. Do you know when that occurred?**

A. I think it was some time after the transition -- the creation of DHS and the creation of the Customs and Border Protection Agency.

**Q. Some time after March of 2003 then?**

A. Yes.

**Q. Do you know why they were suspended?**

A. I think -- well, I don't know all the reasons why, but I know one reason was to incorporate both AQI seizures and INS seizures into this policy.

**Q. Were the vehicles -- all of the vehicles re-searched -- searched again after the suspension?**

A. Yes, they were.

41

**Q. Do you know why?**

A. Well, one, the majority of those vehicles that you're referring to are INS vehicles. They had never gone through our procedures. So one of the reasons -- one of the major reasons was to make sure all of those vehicles had gone through this procedure.

**Q. Was there some concern that the -- the vehicles may still have drugs -- vehicles that were seized for drugs may still have drugs in them and that's why the vehicles were searched again?**

A. They sure could have.

**Q. Do you recall that being stated by --**

A. I don't remember that specifically coming out. They just wanted us to re-search all the vehicles in our possession, but I don't recall specifically offhand that being said, no.

**Q. Did you ever have any conversations with Mr. Ahern about why the vehicles were going to be searched again after the creation of the Department of Homeland Security?**

A. No.

**Q. How about anybody from Washington, did you ever have conversation with anybody from Washington about why the vehicles in the Southern California district were going to be searched again?**

42

A. It wasn't just Southern California district. The whole country -- they did this everywhere. So it wasn't specifically us.

**Q. Okay. And did you ever have a conversation with anyone about why that was being done?**

A. I don't recall that. I did have conversations as far as the process and the logistics of getting those thousands of vehicles rescreened, but offhand no.

**Q. Do you know if any additional narcotics were found when the vehicles were searched again?**

A. Yes.

**Q. Do you know how much?**

A. Not specifically, but there was very few out of the ones that we searched. I think we searched upwards of 7 or 8,000 vehicles.

**Q. Do you know approximately what percentage of those still had drugs or how many?**

A. I want to say it was two or three out of all that. So it was definitely less than 1 percent, much less.

**Q. I am going to ask you a hypothetical question. I'm going to try. For the purposes of this question please assume that there were approximately 37 pounds of marijuana still in this Nissan Pathfinder after Officer Marilao detected and removed some marijuana from the gas**

43

**tank. Okay? I just want you to assume that's what the facts turn out to be. In your opinion, if all of the search techniques that you described were performed on this vehicle in an adequate fashion, in your opinion, would they have detected an amount of drugs that was 37 pounds of marijuana?**

MR. STUTLER: I'm sorry. Are you done?

MS. TRUCCHI: Yeah.

MR. STUTLER: I'm going to object it's vague and ambiguous. Assumes facts not in evidence. Incomplete hypothetical. You can answer if you like or if you can.

THE WITNESS: I would hope that they would.

BY MS. TRUCCHI:

**Q. So in your opinion if those search techniques are performed adequately, an amount of that size, i.e., around 37 pounds, would be detected?**

A. Yes.

MR. STUTLER: I'm going to object and make the same objections and say that it misstates the testimony. Was your answer yes?

THE WITNESS: Yes.

BY MS. TRUCCHI:

**Q. Okay. You know, if we could just take a short break and take a look at that Tischler memo and the two**

44