No. 05-608C

1. (Judge Hewett)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

PLAINTIFFS' APPENDIX IN OPPOSITION TO MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFFS
FRANCISCO JAVIER RIVERA CALDERON and

ALFONSO CALDERON LEON

TABLE OF CONTENTS

1. Deposition of Jayson Ahern (6-4-04) pg. 50; ll. 20-25; pg. 51, ll 1-11

2. Deposition of Robert Root (6-24-04) pg. 30; ll. 2-8

3. Deposition of David Murphy (6-24-04) pg. 9;ll. 25; pg. 10;ll. 1-5; pg. 43; ll. 21-25; pg. 44; ll. 1-18

4. Deposition of Officer Joseph Marilao (6-9-04) pg. 26; ll. 22-25 and pg. 27; ll. 1-4

5. Deposition of Robert Bickers (6-9-04) pg. 6; ll. 21-22; pg. 8; ll. 10-12; pg. 26; ll. 3-17

6. Declaration of Teresa Trucchi

7. Declaration of Ali Jazmin Rodriguez

8. Declaration of Adrian Rodriguez

9. Declaration of Francisco Rivera

10. Declaration of Alfonso Calderon

11. Declarations of Carlos Mejia and Raul Armienta

DATED: October 28, 2005

SUPPA, TRUCCHI & HENEIN, LLP

By: TERESA TRUCCHI,
Attorneys for Plaintiffs