BY MS. TRUCCHI:
**Q. And that document contains policies that are supposed to be followed by those different agencies you referenced?**
MR. STUTLER: I'm going to object. It calls for speculation. There's no foundation he ever saw that before recently.
BY MS. TRUCCHI:
**Q. Have you ever seen that before recently?**
A. Before today, no.
**Q. Okay. Oh, this is David Murphy who wrote that.**
**Are you aware of incidents where additional narcotics were found in seized vehicles either at the auction lot or at the tow yard?**
A. Yes.
**Q. Do you know approximately how many times that has occurred?**
A. I could not guess. I just hear periodically something has happened.
**Q. When you say -- do you have any estimate like once a month, once a week, once a year?**
A. I would say once a month or two.
**Q. Okay. So by that you mean once every one or two months there will be a vehicle discovered at the**



**auction or tow lot to still have drugs in them?**
A. From what I hear, yes.
**Q. Have you -- are you aware of any requests or statements made to the inspectors at secondary to try to avoid -- to minimize damage to the seized vehicle so they would have a higher resale value at auction?**
MR. STUTLER: Has he personally heard that?
MS. TRUCCHI: Yes.
THE WITNESS: I have not heard anybody say that.
BY MS. TRUCCHI:
**Q. Have you heard anybody discuss a suggestion such as that among the inspectors?**
A. I've heard inspectors say it.
**Q. What have you heard in that regard?**
A. They don't want you to tear it up, but I correct them and direct them to do what they need to do.
**Q. So when you -- what do you mean they don't want you to tear it up? Who's the "they"?**
A. I didn't ask who they were.
**Q. But you've had inspectors say to you that they were under the impression they were not supposed to tear the vehicle up?**
A. At times a couple, and I have corrected them at that time.



**Q. How do you know that they were under the impression they were not supposed to tear the vehicle up?**
A. They were not -- they were not as an in-depth inspection as I'd like them to be, and I asked them why.
**Q. How did you become aware of that?**
A. I watched them.
**Q. And do you recall when those incidents occurred?**
A. No.
**Q. Was it within --**
A. Years ago.
**Q. Years ago. But how many -- on how many occasions, if you recall, was there a situation where an inspector said to you they were trying not to tear up the car so that it would have a higher resale value?**
A. They never say it was high resale value, but I can remember one or two times that comes to mind and that is it.
**Q. Did -- in any of those incidents did the inspector tell you what their motivation was for not wanting to cause damage to the car?**
A. No.
**Q. At some point in time or you recall there being a change in policy where the inspectors were told**



**to tear the cars up as opposed to not tear the cars up?**
MR. STUTLER: I'm going to object that it assumes there was a policy at some point not to tear it up.
BY MS. TRUCCHI:
**Q. Let me ask you this way: Are you aware of any point in time where there was some statement made to the inspectors that they are to conduct a very thorough search and tear up the cars, if necessary, to do that?**
A. There's never been any time that I can recall anybody specifically said to increase the inspection.
**Q. Okay. So is it your recollection that the scope and extent of the search that's been conducted now is the same scope and extent of search that was to be conducted on the vehicles when you first came into the position of inspector?**
MR. STUTLER: I'll object as ambiguous as to the stage of the process, whether primary or secondary or some other point, but you can respond.
THE WITNESS: There has been no change in thoroughness of the inspection as required by the inspectors.
BY MS. TRUCCHI:
**Q. Okay. And is it correct to say that as long as you've been involved in the process, the policy has**