Teresa Trucchi, Esq. (#135543)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013

Telephone No.: (619) 297-7330

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; EG&G, INC., A corp, status unknown; MCCORMACK AUCTION COMPANY, status unknown,<br><br>Defendants. | Case No: 02cv2243 B (NLS)<br><br>DECLARATION OF LIC. CARLOS MEJIA LOPEZ IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES<br><br>DATE: OCTOBER 12, 2004<br>TIME: 10:30 a.m.<br>DEPT: 2<br><br>HON. RUDI M. BREWSTER |

I, CARLOS MEJIA LOPEZ, declare as follows:

1. I am an attorney licensed in the Country of Mexico.

2. If sworn as a witness I could and would competently testify to the following facts of my own personal knowledge.

3. In January of 2002, I was retained to represent FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON after they were arrested by the Mexican authorities at a Highway Check Point at the location known as El Sauzal, Ensenada, Baja