California. During a search of the vehicle, the Mexican authorities discovered twenty two (22) packages containing marijuana (weighing 17 kilograms total.) The packages were between the upholstery walls and the body of the vehicle (the wheel well.)

4. True and correct copies of the photographs from the Mexican criminal file, as taken for evidence in the criminal case and bearing the stamp of the Mexican court, are attached to this declaration as Exhibit "F".

5. A true and correct copy of the description of the inspection of the Nissan Pathfinder on February 14, 2002 as conducted by the Judge of the Eleventh District Court is contained in the document entitled EXTENSION TO JUDICIAL INSPECTION attached hereto as Exhibit "G".

6. I represented Mr. Rivera and Mr. Calderon until they were ultimately acquitted of all charges and released on January 10, 2003. In passing sentence, the court specifically made a finding that they were innocent. I am lodging as Exhibit "H" a certified and true and correct copy of the court documents regarding the release. I am also lodging a certified English translation of pages 228 through 281 which contain the references to the finding of innocence and the acquittal.

7. RIVERA and CALDERON were in La Mesa Federal Prison in Ensenada, Mexico from and after January 24, 2002 until their release on January 10, 2003.