IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: November 3, 2005)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Plaintiffs' Unopposed Motion for an Enlargement of Time. Good cause having been shown, plaintiffs' motion is GRANTED. Plaintiffs shall complete their filing of their responses to defendant's motion to dismiss or, in the alternative, for summary judgment on or before November 2, 2005.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge