IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and<br>ALI JAZMIN RODRIGUEZ, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05-370C<br>(Judge Lettow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant, the United States, respectfully requests that the Court strike the documents filed by plaintiff (docket entries 14-17, 19-20) submitted in opposition to our motion to dismiss or, in the alternative, for summary judgment.

Defendant is unable to reply to these submissions for several reasons. First, plaintiff appears to have filed two copies of two separate documents. Second, document no. 20 bears a caption suggesting that it was designed to be filed in a related case, Agredano v. United States, No. 05-608C, pending before Judge Hewitt. Third, many of the attachments to this document and to document no. 19 cannot be opened through the Court's electronic filing system. Undersigned counsel has on three occasions requested of plaintiff that these materials be sent directly to him either electronically or by facsimile, but has still not received complete copies. Finally, we note that on November 7, 2005, the Court struck plaintiff's response to a dispositive motion filed in Agredano because of "lack of proper caption, lack of or improper signature block, duplicate filings, improper type size, incomplete filing, and failure to link each response to the relevant docket entry." The materials plaintiff has filed in this case (many of which appear to be identical to those filed in Agredano) are similarly deficient.

For the foregoing reasons, we respectfully request that Court strike docket entries 14-17 and 19-20 submitted in opposition to our motion to dismiss or, in the alternative, for summary judgment. We further request that, should the Court set a new deadline for plaintiff to file its opposition to our motion, it also grant defendant fourteen days from the date of service to file its reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Kathryn A. Bleecker
KATHYRN A. BLEECKER
Assistant Director

/s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

November 8, 2005

Attorneys for Defendant