*ELECTRONICALLY FILED ON NOVEMBER 18, 2005*
No. 05-370C
**(Judge Lettow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ADRIAN RODRIGUEZ and**
**ALI JAZMIN RODRIGUEZ,**

**Plaintiffs,**

**v.**

**UNITED STATES OF AMERICA**

**Defendants.**

---

**PLAINTIFF ADRIAN RODRIGUEZ'S RESPONSE TO MOTION TO STRIKE AND REQUEST FOR LEAVE TO FILE REVISED BRIEF AND SUPPLEMENTAL DOCUMENTS**

**TERESA TRUCCHI SBN# 135543**
**SUPPA, TRUCCHI, AND HENEIN, LLP**
**3055 India Street**
**San Diego, CA 92103**
**Telephone: (619) 297-7330**
**Telefax : (619) 297-9658**

**Attorneys for PLAINTIFFS**
**ADRIAN RODRIGUEZ**
**AND ALI JAZMIN RODRIGUEZ**

**November 18, 2005**

**PLAINTIFF ADRIAN RODRIGUEZ requests leave to file the revised pleadings filed concurrently herewith. The pleadings filed by plaintiffs and entitled PLAINTIFF ADRIAN RODRIGUEZ'S RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO DEFENDANT USA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT and RESPONSE TO SEPARATE STATEMENT OF UNCONTROVERTED FACTS did not comply with the rules for filing electronic documents in several instances. This is the first time plaintiffs' counsel has filed such extensive pleadings electronically and errors were made in the submission of the documents (not linking the attachments to the points and authorities for example).**

**Plaintiffs' counsel believes that the documents filed concurrently herewith cures these inadvertent errors and plaintiffs' counsel respectfully requests that the Court allow the documents to replace the earlier filed pleadings. Plaintiffs' counsel apologizes for the inconvenience this has caused the court and counsel. The changes do not affect the substantive portion of the pleadings previously filed and are made to comply with the procedural requirements associated with electronic filings.**

DATED: November 18, 2005

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

CERTIFICATE OF ELECTRONIC FILING

This document was filed electronically on November 18, 2005 and served on opposing counsel electronically.

DATED: November 18, 2005

SUPPA, TRUCCHI & HENEIN, LLP

s/Teresa Trucchi

By: TERESA TRUCCHI

Attorneys for Plaintiffs

3055 India Street

San Diego, CA 92103

Telephone: (619) 297-7330

Telefax : (619) 297-9658