*ELECTRONICALLY FILED ON NOVEMBER 18, 2005*
No. 05-370C
**(Judge Lettow)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ADRIAN RODRIGUEZ and**
**ALI JAZMIN RODRIGUEZ,**

**Plaintiffs,**

**v.**

**UNITED STATES OF AMERICA**

**Defendants.**

---

# PLAINTIFF ALI RODRIGUEZ'S REQUEST FOR JOINDER IN ADRIAN RODRIGUEZ'S RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO DEFENDANT USA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

**TERESA TRUCCHI SBN# 135543**
**SUPPA, TRUCCHI, AND HENEIN, LLP**
**3055 India Street**
**San Diego, CA 92103**
**Telephone: (619) 297-7330**
**Telefax : (619) 297-9658**

**Attorneys for PLAINTIFFS**
**ADRIAN RODRIGUEZ**
**AND ALI JAZMIN RODRIGUEZ**

**November 18, 2005**

**PLAINTIFF ALI JAZMIN RODRIGUEZ requests leave to join in PLAINTIFF ADRIAN RODRIGUEZ'S RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO DEFENDANT USA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT as the legal issues and pertinent facts are virtually the same for both plaintiffs and to avoid duplicate filings with the court.**

DATED: November 18, 2005

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

CERTIFICATE OF ELECTRONIC FILING

This document was filed electronically on November 18, 2005 and served on opposing counsel electronically.

DATED: November 18, 2005

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658