SAN DIEGO, CALIFORNIA; THURSDAY, JUNE 24, 2004,
11:10 A.M.

ROBERT ROOT,
having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MS. TRUCCHI:
**Q. Could you please state your name for the record?**
A. Robert Root.
**Q. And it's Supervisor Root?**
A. Yes.
**Q. Supervisor Root, could you please briefly describe for me your educational background?**
A. Graduated from high school in 1968, El Cajon Valley High, here locally. Graduated from Humboldt State University in 1980, Northern California, and I was a prior inspector at that time as well as canine.
**Q. You were, you said, a prior inspector?**
A. Uh-huh, Customs inspector 1983 to '86.
**Q. Okay. And then in '86 what did you start doing?**
A. Excuse me?
**Q. What changed in 1986?**



A. I became a canine enforcement officer in 1986.
**Q. And is that what you've been doing up to the present?**
A. No. I made supervisor in 1995. I had been with the canine program up to today including presently.
**Q. And now you're supervisor in the canine enforcement department?**
A. Yes, ma'am.
**Q. Okay. What currently does -- are the duties of a supervisor in the canine enforcement department?**
A. He assures that staff needs are met at his particular work site on a daily basis. He takes care of all the employee needs, as far as leave, so forth. Takes care of any canine situations as far as training proficiencies or deficiencies, one or the other. Sets up training days and then, of course, answers to Port director and branch chief of the canine program and involved in enforcement operations at the work sites.
**Q. Okay. You said you answer to the Port director.**
A. Yes.
**Q. And who is that currently?**
A. Oscar Preciado.
**Q. Were these duties the same duties that you had back in 2001?**



A. Plus more. I was the acting branch chief at that time.
**Q. And what additional duties did that put on your plate?**
A. Basically oversaw the complete San Diego canine program section, took care of overall staffing, took care of budgeting, financing; any enforcement operations which came down from above came through my office before it was filtered out to the supervisors in the field.
**Q. Okay. So when a directive would come from Washington, it would go to you and then you would send it out to the supervisors in the field?**
A. Yes, ma'am.
**Q. Where were you -- where was your office located?**
A. It was at Otay Mesa cargo west.
MR. STUTLER: In 2001?
MS. TRUCCHI: Right.
BY MS. TRUCCHI:
**Q. So did the geographical scope of what you supervise change from the way it was in 2001 to the way it is now? Do you still have the same --**
A. Yes.
**Q. Could you explain the change for me?**



A. As a branch chief I oversaw all activities within the canine program. Unlike a first-line supervisor, which I am, you're more directed at that particular work site to make sure whatever needs to be completed or done is done.
**Q. And when did that change occur from branch chief to first-line supervisor?**
A. I would -- time frame it was as soon as the regional branch chief returned to duty. I want to say somewhere in 2000, November or something of 2000.
**Q. Who was that?**
A. James Henderson.
MR. STUTLER: Did you say 2000 he returned to duty?
THE WITNESS: Oh boy. It's a rough on that one.
MR. STUTLER: You mentioned 2001 you were the acting branch chief.
THE WITNESS: Then it was 2001 that he returned, maybe November of 2001.
BY MS. TRUCCHI:
**Q. And how long did you act as branch chief?**
A. I would say approximately nine months.
**Q. As a first-line supervisor what is your work station?**