conveyances seized and forfeited, there will be canine screening conducted and inspection on all these vehicles before they leave.
**Q. So --**
A. Before they're sold. I'm sorry.
**Q. And was that also the policy in 2001?**
A. Pretty much so, yes.
**Q. And so am I correct in saying the policy is that at some point between the seizure and the sale there should be another canine inspection of the vehicle?**
A. Yes, ma'am.
**Q. And do you know why there would be another canine inspection at that point?**
A. To -- it's like a checks and balances. We want to make sure -- we try to make sure there's nothing that leaves the Port or not anything that is sold that has contraband. We try to do our best to catch everything.
**Q. And now this memo also references nonintrusive inspection technology. Do you know, did San Ysidro have nonintrusive inspection technology in 2001?**
A. I won't -- I think you mean x-ray equipment and stuff like that. I don't know if they had that in place at that time.

29

**Q. Okay. The first paragraph of this memo 2441 states, "Prior to the sale of all conveyances seized and forfeited for the smuggling of controlled substances, a final canine screening or inspection must occur. This is to ensure that each conveyance sold is free of contraband." Was that your understanding of the policy at the San Ysidro Port in 2001?**
A. To the best of my knowledge.
**Q. I'm going to -- next memo I'm going to show you is Bates stamped 2444 through 2446. Supervisor, have you seen that memo before?**
A. I'm sure I have. Yes, ma'am.
**Q. And does that memo set forth the policy and procedure that was utilized at the San Ysidro Port in 2001?**
A. Yes, ma'am.
**Q. Okay. Thank you. On the second page, 2445, there's a portion in the second blocked paragraph that's in bold, and it says, "At no time shall a handler open the door of or allow a dog to search the exposed area when a door has been opened by an inspector." Do you know what the purpose is of that?**
MR. STUTLER: I'm sorry. Where were you?
MS. TRUCCHI: On the second block down from the top, the bold.

30

MR. STUTLER: Okay. And I'm sorry your question was?
BY MS. TRUCCHI:
**Q. Do you know why that policy exists?**
A. Yes. It's a safety situation. We don't want the dog -- if there's people in the vehicle, more than just the driver, to open up a door and maybe perhaps maybe the dog may bite someone or maybe somebody may punch the dog. So it's basically a safety situation that we don't allow the dog inside the vehicle on pre-primary.
**Q. Okay. What is a rolling block? On the third page in the section four it talks about block blitzes and then it says something about not conducting rolling blocks?**
A. Yes.
**Q. What is a rolling block?**
A. We pretty much don't do this too much any more. This is pretty much conducted at Otay Mesa Port of Entry. It's a smaller facility. So we sometimes change our enforcement techniques to meet the threat.
In this situation here we would funnel all the vehicles that were screened and inspected by the inspector out on the pre-primary booth; they were released to go north; we would funnel them into the

31

secondary area, and we slow them down and we have the dog work the downwind flank, and these vehicles would slowly pass by the dog, and then they would exit out the gate and on their way north. It was kind of like what we call a rolling block as compared to a block. What we do at Otay Mesa is bring in maybe two to three rows of cars, line them up, shut their engines off, and we'll run the dog up and down both sides of the vehicle and we consider that a block of vehicles, as compared to a rolling block where we let the vehicles move continuously.
**Q. At San Ysidro in 2001 I understand that the canines would be utilized in the pre-primary inspection, correct?**
A. That's correct.
**Q. And then also in secondary?**
A. Yes.
**Q. And was there any other points where the canine enforcement team would be used after secondary?**
A. After secondary?
**Q. Right, let's say drugs were detected at secondary, and then the vehicles are seized after that point. Were there any other additional inspections of vehicles coming into San Ysidro?**
A. Are you saying -- are you referring to any

32