SAN DIEGO, CALIFORNIA; FRIDAY, JUNE 25, 2004,
1:10 P.M.

DAVID MURPHY,
having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MS. TRUCCHI:

**Q. Could you state your name for the record, please?**
A. Sure. David Murphy.
**Q. And is that Mr. Murphy or Sergeant Murphy?**
A. Mr. Murphy is fine.
**Q. Okay, thank you. Mr. Murphy, have you ever been deposed before?**
A. No.
**Q. Okay. And so what is your occupation?**
A. Currently I'm the acting assistant director of field operations for the San Diego field office.
**Q. And how long have you been in that position?**
A. Eleven months.
**Q. And prior to that time what was your occupation?**
A. I was the assistant port director at the San Ysidro Port of Entry.

5

**Q. And how long were you the assistant port director at San Ysidro?**
A. From November -- two years.
**Q. And prior to that time what did you do?**
A. I was the enforcement coordinator at the San Diego field office. At the time it was called the Southern California CMC, Customs Management Center.
**Q. Where was that located?**
A. 610 West Ash.
**Q. Downtown?**
A. Yes.
**Q. So in January of 2001 you were the assistant port director at San Ysidro?**
A. No, I was the enforcement coordinator.
**Q. Downtown?**
A. Yes.
**Q. And how long were you the enforcement coordinator?**
A. From November '99 to, I want to say, November 2002.
**Q. November 2002, okay. And as the enforcement coordinator did you ever have reason to go down to the San Ysidro Port of Entry?**
A. Yes.
**Q. Do you have an estimate how many times per week or month?**
A. Probably on average at least once a month.
**Q. And what were your duties as enforcement coordinator?**
A. I oversaw numerous programs within the field office regarding equipment operations, programs, basically oversight. I was a point of contact in a conduit between headquarters and the field office and the field.
**Q. Who would have been the person that you would contact at the field in San Ysidro?**
A. Well, it would probably depend on the situation, but normally probably the port director.
**Q. That's Oscar --**
A. Preciado.
**Q. Who was your contact, then, the other direction up at headquarters?**
A. Well, it depends what -- there's so many programs and officers, it would all depend on what program, what the issue.
**Q. Okay. When you're talking about headquarters, are you talking about Washington?**
A. Washington, D.C.
**Q. Okay. And prior to the time that you were enforcement coordinator what was your occupation?**

7

A. I was the acting chief for the canine section in San Diego.
**Q. And how long were you the acting chief for the canine section?**
A. Probably three, four months.
**Q. And then prior to that?**
A. I was a supervisory canine officer.
**Q. And how long were you a supervisory canine officer?**
A. From, I want to say, March of '92 to 1999, November '99.
**Q. And prior to your acting as a supervisory canine enforcement officer, what did you do?**
A. I was a canine officer.
**Q. And how long were you a canine officer?**
A. From March '86 until -- until I made supervisor, which would have been somewhere March, April of '92.
**Q. Okay. And prior to your roll as canine officer, what did you do?**
A. I was a Customs inspector.
**Q. And how long were you a Customs inspector?**
A. From September '83 until March of '86.
**Q. And where were you stationed?**
A. At San Ysidro.

8