SAN DIEGO, CALIFORNIA; WEDNESDAY, JUNE 9, 2004,
1:10 P.M.

JOSEPH MARILAO,
having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MS. TRUCCHI:
Q. Good afternoon. Could you please state your name for the record?
A. Joseph Marilao.
Q. And, Mr. Marilao, have you ever had your deposition taken before?
A. No.
Q. I'm going to briefly go over some of the guidelines that relate to depositions, although Mr. Stutler may have already discussed some of these with you. I'm going to ask you a series of questions. Some of the events occurred in the past. You may not have a specific recollection of specific details. However, if you have any recollection at all, even if it's a vague one, let me know that. If however you would have to guess to answer any of my questions because you truly don't have any specific recollection at all, please either let me know that or -- because I

5

don't want you to guess or speculate as to any answers, but if you have information that's based on your standard of practice or what you would customarily do, you can tell me that and let me know that's what you're basing your answer on.
The testimony will be typed up into a booklet. It will read something like a script, and you'll have the opportunity to go back and review it and make changes if you feel that's appropriate. For the purposes of making a clean record, one person can only talk at a time. So if -- even if the end of my question may seem obvious, please let me finish my question before you answer so your answer will be clear on the record.
If I do not phrase a question in a way that you feel comfortable answering it because I am misusing terminology or it just doesn't make any sense, please let me know and I'll try to rephrase the question so that it's in a form that you feel comfortable answering.
Is Mr. Marilao appropriate to address you or are you Officer Marilao?
A. Officer.
Q. Thank you. What is your current employer?
A. United States Customs Border Protection.
Q. And how long have you been in that particular

6

employment?
A. November of 1992.
Q. And what were you initially hired -- what position were you initially hired for in 1992?
A. Customs inspector.
Q. And how long were you in the position of Customs inspector?
A. Until approximately February of 1997.
Q. And how did your position change at that time?
A. Canine enforcement officer from February of 1997 to December of 2000.
Q. And then in December of 2000 how did your position change?
A. Senior inspector.
Q. Okay. And are you still senior inspector?
A. No. I went back to be a canine enforcement officer, I guess, October of 2002.
Q. So January 2001 you were senior inspector?
A. That's correct.
Q. And when you were senior inspector, what were your duties?
A. A senior inspector you're basically assigned to an area of responsibility. It could be one of which you're the senior person as far as for secondary inspections and our walk-through area pedestrian; our

7

vehicle secondary inspection; place that we call the SCC, which is seized contraband custodian position. You also are the scheduling -- at the time they had a scheduling senior. So you're also responsible for possibly doing the schedule for the port of entry that day on the Customs side, and any of the other positions supervisors deem necessary where they need a senior person to go ahead and run the show or take charge and carry out their wishes and duties.
Q. Do you know which area of responsibility you were assigned on January 25th, 2001?
A. No, I don't recall at that time.
Q. On any given day could you be assigned to any of these different areas?
A. Oh, absolutely. Maybe even two in one day, depends.
Q. Prior to being employed by the US Customs and Border Patrol, where were you employed?
A. Internal Revenue Service.
Q. And how long with the Internal Revenue Service?
A. Approximately two, two and a half years, somewhere along those lines.
Q. What was your position?
A. Tax examiner.

8