**search policy was at San Ysidro?**
A. It's just -- the search policy is to follow the seven-point inspection, and that's something you're taught from the basic academy when you come back out in the field. That's what they expect you to utilize when you're searching vehicles. That's not something that's -- a policy as far as searching goes isn't something that's subject to interpretation.
MR. STUTLER: You're talking about secondary?
THE WITNESS: Yes, sir.
BY MS. TRUCCHI:
**Q. What do you mean it's not subject to interpretation?**
A. I mean, if you want to search one section on your own and then that's it, no, that's not the way it's done. You have to follow the seven-point inspection. That's what we're taught.
**Q. When you were working as a journeyman inspector, were you ever given any verbal request to try to minimilize the damage to the seized vehicles so they'd have a higher resale value at auction?**
THE WITNESS: Tim?
MR. STUTLER: You can answer.
THE WITNESS: I know there's been --
MR. STUTLER: She's asking whether you were

25

ever asked to do that.
THE WITNESS: No. I've been -- I want to say this, though: There has been something where they've said, well, try to reduce the damage in general to -- in general to inspectors, but not as far as to me particularly. Because if I'm going to inspect a vehicle, I'm going to tear it apart.
BY MS. TRUCCHI:
**Q. You're aware of an incident where inspectors were told in general?**
A. Yes, ma'am.
**Q. And who -- how do you know about that; what's the basis of your knowledge that that was said?**
A. That was briefed in general as far as when you're going through a vehicle to minimize the damage on them for resale purposes.
**Q. And -- I'm sorry.**
A. That's okay. But that's -- that's all I can recall. I've never been told specifically, you know, don't do this or don't do that to a car because we've got to make sure its resale value is better or good.
**Q. When you say it was "briefed in general," who -- it was briefed by whom to whom?**
A. I can't recall, but I know that it's been -- it's been said by other supervisors that you want to

26

make -- minimize the damage for a vehicle for resale purposes, you know, as far as seizures go.
**Q. Okay. And that was at San Ysidro?**
A. Yes, ma'am.
**Q. And that was in January of 2001?**
A. I can't recall if it was January of 2001.
**Q. But that was the general request?**
A. Are you asking me at that time?
**Q. At any time, do you recall when that was the attitude?**
A. No.
**Q. And when you were performing the services of a senior inspector, that was your understanding of what the request was, is that correct, to minimize damage to the vehicles?**
A. Well, at the time I was a senior inspector, you know, as far as if I was involved in an inspection, there was no room for that. I didn't believe in that. That wasn't my own personal policy. If you're going to inspect a vehicle, you're going to inspect a vehicle. Once it's seized by us, we're going to take it apart. We're going to look at everything we need to do.
**Q. But you were aware that --**
A. At that point I --
MR. STUTLER: Let her finish the question.

27

THE WITNESS: Sorry.
BY MS. TRUCCHI:
**Q. Were you aware that there was some other point of view that there should be efforts made to try to minimize damage by the inspectors for resale purposes?**
A. At that time when I was a senior inspector, I cannot recall if that was the philosophy, I guess if you want to use word, or request at that point.
**Q. Well -- when did -- did you perform the duties of a journeyman inspector at other periods in your Customs career?**
A. Oh, absolutely, absolutely.
**Q. Do you recall there ever being a different point of view as far as not minimizing damage or as trying to -- I'm sorry -- as far as trying to minimize damage to the seized vehicles?**
MR. STUTLER: Objection. Vague and ambiguous. Go ahead.
THE WITNESS: There was a point in time where that was the case, and then I don't recall exactly the time period, but then it changed. It went the other way where they said don't worry about minimizing damage; do what you need to do to inspect a vehicle and tear it apart.
///

28