Teresa Trucchi, Esq. (#135543)
SUPPA, TRUCCHI & HENEIN, LLP
3055 India Street
San Diego, CA 92103-6013

Telephone No.: (619) 297-7330

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; EG&G, INC., A corp, status unknown; MCCORMACK AUCTION COMPANY, status unknown,<br><br>Defendants. | Case No: 02cv2243 B (NLS)<br><br>**DECLARATION OF JOSE RAUL ARMIENTA EMERICH IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**<br><br>**DATE: OCTOBER 12, 2004**<br>**TIME: 10:30 a.m.**<br>**DEPT: 2**<br><br>**HON. RUDI M. BREWSTER** |

I, **JOSE RAUL ARMIENTA EMERICH**, declare as follows:

1. If sworn as a witness I could and would competently testify to the following facts of my own personal knowledge.

1. I am a certified English to Spanish and Spanish to English interpreter.

2. I truly and accurately translated the attached declaration to LIC. CARLOS MEJIA LOPEZ.



Exhibit

3. LIC. CARLOS MEJIA LOPEZ signed the attached declaration after acknowledging that he understood the contents thereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Tijuana, Mexico.

DATED:

By:___________________________
JOSE RAUL ARMIENTA EMERICH