IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and<br>ALI JAZMIN RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-370C<br>(Judge Lettow) |

**DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE AND REQUEST FOR CLARIFICATION OF DUE DATES FOR REPLY PAPERS**

Defendant, the United States, submits the following reply to plaintiffs' opposition to defendant's motion to strike, filed on November 8, 2005, and requests clarification of the due date for its reply to plaintiffs' opposition to our motion to dismiss or, in the alternative, for summary judgment.

On November 18, 2005, plaintiffs filed a response to our motion to strike plaintiffs' response to our dispositive motion, asserting that they had encountered various problems with the Court's electronic filing system and seeking leave to file revised pleadings. Later that day and the following day, plaintiffs filed a revised set of papers responding to our dispositive motion.

As of the date of this reply, the Court has neither ruled upon our motion to strike nor granted plaintiffs leave to revise its opposition papers. As a result, it is not clear whether or when a reply to plaintiff's opposition to our dispositive motion is required. Accordingly, we respectfully request that the Court designate which, if any, set of opposition papers the United States should reply to and grant the United States 14 days from the date of the Court's order to file a reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Kathryn A. Bleecker
KATHYRN A. BLEECKER
Assistant Director

/s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

November 29, 2005

Attorneys for Defendant