IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: November 30, 2005)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion to Strike and Request for Clarification of Due Dates for Reply Papers, filed on November 30, 2005. Good cause having been shown, plaintiffs' motion for clarification is GRANTED.

Defendant will file, all on or before December 14, 2005, the following pleadings:

1. Reply to Plaintiffs' Amended and Supplemental Response to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment;
2. Response to Plaintiffs' Proposed Findings of Uncontroverted Facts in Opposition to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment;
3. Response to Plaintiff Ali Jasmin Rodriguez's Motion for Joinder in Plaintiff Adrian Rodriguez's Response to Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment, and Statement of Uncontroverted Facts;
4. Response to Plaintiff Ali Jasmin Rodriguez's Motion for Joinder in Plaintiff Adrian Rodriguez's Response to Motion to Strike and Request to File Revised Brief and Supplemental Pleadings; and
5. Reply to Plaintiff Adrian Rodriguez's Response to Defendant's Motion to Strike and Request to File Revised Brief and Supplemental Documents.

Defendant may file its replies and responses in two documents, if its wishes, one relating to plaintiffs' responses and their motions for joinder, and the other respecting plaintiffs' statement of uncontroverted facts.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge