IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: December 1, 2005)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Dismiss, or in the alternative, for Summary Judgment, filed on July 29, 2005. A hearing will be held by telephonic means on the defendant's motion and all other pending motions on December 22, 2005 at 2:00 p.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge