IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: March 16, 2006)

ALI JAZMIN RODRIGUEZ,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion for Partial Dismissal of Ali Jazmin Rodriguez's First Amended Complaint, filed on February 28, 2006. A hearing was held on the motion on March 16, 2006. For the reasons stated on the record at the hearing, the government's motion is DENIED.

Defendant shall file an answer to plaintiff's complaint on or before March 31, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge