IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALI JAZMIN RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-370C |
| v. | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER TO AMENDED COMPLAINT**

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law and plaintiff's characterizations of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

2. The allegations contained in paragraph 2 constitute conclusions of law and plaintiff's characterizations of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

3. Denies the allegations contained in paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth.

4. Denies the allegations contained in paragraph 4 for lack of knowledge or information sufficient to form a belief as to their truth.

5. Admits that the United States is the defendant in this action. The remaining allegations contained in paragraph 5 constitute conclusions of law and plaintiff's characterizations of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

6. The allegations contained in paragraph 6 constitute plaintiff's characterizations of

her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

7. Denies the allegations contained in paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Denies the allegations contained in paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Denies the allegations contained in paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10. Admits.

11. Denies the allegations contained in paragraph 11 for lack of knowledge or information sufficient to form a belief as to their truth.

12. Admits.

13. Admits.

14. Admits.

15. Denies the allegations contained in paragraph 15 for lack of knowledge or information sufficient to form a belief as to their truth.

16. Denies the allegations contained in paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth.

17. Denies the allegations contained in paragraph 17 for lack of knowledge or information sufficient to form a belief as to their truth.

18. Denies the allegations contained in paragraph 18 for lack of knowledge or information sufficient to form a belief as to their truth.

19. Denies the allegations contained in paragraph 19 for lack of knowledge or information sufficient to form a belief as to their truth.

20. Denies the allegations contained in paragraph 20, except admits that the search by the United States and its agents of the subject vehicle prior to the sale did not reveal the presence of marijuana or any other illegal substance.

21. The allegations contained in paragraph 21 constitute conclusions of law and plaintiff's characterizations of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

22. Admits the allegations contained in the first sentence of paragraph 22. The allegations contained in the second sentence of paragraph 22 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

23. Admits.

24. Denies.

25. The allegations contained in paragraph 25 constitute conclusions of law and plaintiff's characterizations of her case, to which no response is required; to the extent they may be deemed allegations of fact, admits that the United States and its agents had exclusive control of the vehicle after the seizure and before the auction sale and otherwise denies the allegations contained in paragraph 25.

26. Denies.

27. Denies.

28. The allegations contained in paragraph 28 constitute conclusions of law, to which

no response is required; to the extent they may be deemed allegations of fact, they are denied.

29. Denies.

30. Denies.

31. Denies the allegations contained in paragraph 31, except admits that Adrian Rodriguez was arrested and imprisoned by Mexican authorities until his release on or about August 14, 2003.

32. The allegations contained in paragraph 32 constitute conclusions of law and plaintiff's characterization of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

33. Admits the allegations contained in the first sentence of paragraph 33. Denies the allegations contained in the second sentence of paragraph 33, and avers that the agreement between the parties is reflected in several written documents.

34. The allegations contained in paragraph 34 constitute conclusions of law, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

35. Denies.

36. Denies.

37. Denies.

38. Denies.

39. Denies.

40. Denies the allegations contained in paragraph 40, except admits that Adrian Rodriguez was imprisoned in Mexico until approximately August 14, 2003.

41. The allegations contained in paragraph 41 constitute conclusions of law and

plaintiff's characterization of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

42. Admits the allegation contained in the first sentence of paragraph 42. Denies the allegations contained in the second sentence of paragraph 42, and avers that the agreement between the parties is reflected in several written documents.

43. The allegations contained in paragraph 43 constitute conclusions of law to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

44. Denies.

45. Denies.

46. Denies.

47. Denies.

48. Denies.

49. Denies the allegations contained in paragraph 49, except admits that the United States and its agents had exclusive control of the vehicle after the seizure and before the auction sale.

50. Denies.

51. Denies.

52. Denies.

53. Denies.

54. Denies.

55. Denies the allegations contained in paragraph 55, except admits that Adrian Rodriguez was arrested and imprisoned by Mexican authorities until his release on or about

August 14, 2003.

56. The allegations contained in paragraph 56 constitute conclusions of law and plaintiff's characterization of her case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

57. Denies that plaintiff is entitled to the relief requested in the "Wherefore" paragraph that follows paragraph 56 of the complaint or any relief whatsoever.

58. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that plaintiff's amended complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

March 31, 2006

Attorneys for Defendant