IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADRIAN RODRIGUEZ and<br>ALI JAZMIN RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-370C<br>(Judge Lettow) |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiffs state that the Court possesses jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. For the reasons stated in its motion to dismiss, defendant does not believe that the Court possesses jurisdiction to entertain this action.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. <u>Remand/Suspension</u>

The parties agree that no remand or suspension will be sought.

f. <u>Joinder</u>

The parties agree that no additional parties will be joined.

g. <u>Dispositive Motions</u>

After discovery has been completed, defendant anticipates submitting a motion for summary judgment pursuant to RCFC 56.

h. <u>Relevant Issues</u>

1. Whether the contract between defendant and Ms. Ali Jazmin Rodriguez for the sale of an automobile contained any term or warranty concerning the existence of contraband in the vehicle at the time of sale.

2. Whether defendant breached any warranty or term of the contract.

3. Whether defendant conducted a reasonable search of the vehicle prior to its sale.

4. Whether Ms. Ali Jazmin Rodriguez has suffered any damages as a result of the breach of contract or warranty alleged.

i. <u>Settlement</u>

The parties anticipate pursuing settlement negotiations as the litigation progresses.

j. <u>Trial</u>

The parties do not request expedited trial scheduling, and anticipate that the case may be tried within five days. The parties request that the trial be conducted in San Diego, California.

k. <u>Electronic Case Management</u>

The parties have no special issue regarding electronic case management needs.

l. Additional Information

There is no additional information of which the Court should be aware at this time.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and/or depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | June 30, 2006 |
| Close of Fact Discovery | December 29, 2006 |
| Plaintiff's Expert Report Due | March 1, 2007 |
| Defendant's Expert Report Due | April 16, 2007 |
| Deadline for Expert Depositions | May 18, 2007 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Teresa Trucchi
TERESA TRUCCHI
Suppa, Trucci and Henein, LLP
3055 India Street
San Diego, CA 92103
Tel. (619) 297-7330
Fax (619) 297-9658

Attorneys for Plaintiffs

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax (202) 305-2118

Attorneys for Defendant

May 22, 2006