IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: May 31, 2006)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the Joint Preliminary Status Report, filed on May 22, 2006. In the Report, the parties include a proposed discovery schedule. The court hereby adopts the following schedule to govern discovery in this case:

| Event | Deadline |
|---|---|
| Exchange of Initial Disclosures | June 30, 2006 |
| Close of Fact Discovery | December 29, 2006 |
| Plaintiff's Expert Report | March 1, 2007 |
| Defendant's Expert Report | April 16, 2007 |
| Expert Depositions | May 18, 2007 |
| Joint Status Report | May 25, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge