IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: December 22, 2006)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Amend the Scheduling Order, filed December 21, 2006. The parties request that the court enlarge by 42 days, to February 9, 2007, the deadline for completion of fact discovery. The current deadline for completion of fact discovery, as set forth in the Order of May 31, 2006, is December 29, 2006.

For good cause shown, the parties' motion is GRANTED. The parties shall complete fact discovery on or before February 9, 2007.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge