*ELECTRONICALLY FILED ON JANUARY 26, 2007*

No. 05-370C
(Judge Lettow)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

**PLAINTIFF ADRIAN RODRIGUEZ'S**
**EXPARTE REQUEST FOR EXPEDITED RULING**
**ON MOTION TO FILE DOCUMENTS UNDER SEAL**
AND
**JOINT STIPULATION TO**
**FILE DOCUMENTS UNDER SEAL**
[General Order No. 42A(I)(7)]

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFFS
ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ

January 26, 2007

**STIPULATION**

The parties to the above entitled action, by and through their attorneys of record, have stipulated that the **MOTION FOR RECONSIDERATION** to be filed by Adrian Rodriguez shall be filed under seal pursuant to the terms of the protective order issued in this matter while the same was pending in the Federal District Court in Southern California.

**EXPARTE REQUEST**

Plaintiff ADRIAN RODRIGUEZ respectfully requests an expedited ruling on his motion filed under General Order 42A(I)(7) on January 15, 2007 (requesting leave to file a motion for reconsideration under seal). The reason for this request is because the MOTION FOR CONSIDERATION that ADRIAN RODRIGUEZ intends to file must be filed on or before January 30, 2007.

The order which for which reconsideration is sought was entered January 30, 2006. Rule of the Court of Federal Claims number 60(b) states as follows:

RCFC 60(b): "...The motion shall be made within a reasonable time, and for reasons (1), (2), and (3) **not more than one year** after the judgment, order or proceeding was entered or taken." [RCFC 60(b)(emphasis added)]

This motion is based upon this stipulation and ex-parte notice and the declaration of Teresa Trucchi filed concurrently herewith.

DATED: January 26, 2007

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

*ELECTRONICALLY FILED ON JANUARY 26, 2007*

No. 05-370C
(Judge Lettow)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**DECLARATION OF TERESA TRUCCHI**
**IN SUPPORT OF EXPARTE MOTION BY ADRIAN RODRIGUEZ**
**FOR AN EXPEDITED RULING ON REQUEST TO**
**FILE DOCUMENTS UNDER SEAL IN**
**SUPPORT OF MOTION FOR RECONSIDERATION**
[General Order No. 42A(I)(7)]

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFFS
ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ

January 26, 2007

**I, TERESA TRUCCHI HEREBY DECLARE AS FOLLOWS:**

1. I am the attorney for the plaintiff in the above entitled matter.

2. Adrian Rodriguez seeks to file a motion for reconsideration based upon deposition testimony obtained in this case on October 27, 2006 and January 23, 2007. The depositions were taken of Assistant Commissioner Jayson Ahern, Chief Robert Hood, Supervisor Aide Nunez, Officer Joseph Mariloa, Assistant Director Lawrence Fanning, Robert Bickers and David Murphy of the Department of Homeland Security. The depositions were taken recently (October 27, 2006 and January 23, 2007). These depositions were governed by the terms of the protective order that the plaintiff and the defendant USA entered into when this matter was still pending in the United States District Court in Southern California. Under General Order No. 42A(I)(7), an Order must be issued granting leave before filing matters under seal.

3. Adrian Rodriguez intends to rely upon the October 27, 2006 and January 23, 2007 deposition testimony as the basis for his motion for reconsideration.

4. Devin Wolak, attorney for defendant United States of America, has informed me that he stipulates to the request for an order allowing the motion to be filed under seal.

/////

/////

/////

//////

//////

/////

/////

5. I filed a motion under General Order 42A(I)(7) on January 15, 2007 and respectfully request that, in light of the stipulation with defense counsel, the Court issue an expedited ruling on that motion so that plaintiff may submit his MOTION FOR RECONSIDERATION (without having to redact material affected by the protective order) before the one year deadline expires on January 30, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge. This declaration was signed in San Diego, California on January 26, 2007

DATED: January 26, 2007

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

**CERTIFICATE OF ELECTRONIC FILING**

This document was electronically filed on January 26, 2007 and served on opposing counsel electronically.

DATED: January 26, 2007

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658