**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ALI JAZMIN RODRIGUEZ, | ) | |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | No. 05-370C |
| v. | ) | |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the parties, jointly, respectfully request the Court to amend the current discovery scheduling order to permit the parties to take two depositions beyond the close of fact discovery in this case. The parties have not been able to schedule the depositions of James Henderson (defense witness to be deposed by the plaintiff) and Ali Jazmin Rodriguez (plaintiff to be deposed by the defendant).

Mr. Henderson is a retired Federal employee who has been difficult to locate, and plaintiff's counsel anticipates issuing a subpoena for his deposition. Plaintiff Ms. Rodriguez lives in central Illinois near St. Louis and counsel were not able to coordinate their schedules so that her deposition could be completed prior to the close of fact discovery. Counsel are still trying to coordinate their schedules and have not yet come to an agreement as to the dates of these depositions, but we anticipate completing them before the end of March 2007.

For these reasons, the parties, jointly, respectfully request the Court to amend the scheduling order to allow the parties to complete the depositions of James Henderson and Ali Jazmin Rodriguez after the scheduled close of fact discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Teresa Trucchi
TERESA TRUCCHI
Suppa, Trucchi & Henein LLP
3055 India Street
San Diego, CA 92117
Tel. (619) 252-1683
Fax. (619) 297-7330

Attorney for the Plaintiff

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

Attorneys for Defendant

February 9, 2007

CERTIFICATE OF FILING

I hereby certify that on February 9, 2007, a copy of the foregoing "JOINT MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK