IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: February 26, 2007)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion to Amend the Scheduling Order, filed February 9, 2007. The parties request that the court enlarge the deadline for the close of fact discovery to permit them to depose two individuals. The current deadline for completion of fact discovery, as set forth in the Order of December 22, 2006, is February 9, 2007.

For good cause shown, the parties' motion is GRANTED. The parties shall complete the two depositions on or before April 10, 2007, at which time fact discovery shall close.

It is so ORDERED.

s/ Charles F. Lettow
Judge