IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: April 11, 2007)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiffs' motion to file documents under seal in support of their motion for reconsideration, filed January 15, 2007.

For good cause shown, plaintiffs' motion to file documents under seal is GRANTED. Once the motion for reconsideration is filed in unredacted form, the government is requested to file a response to plaintiffs' motion for reconsideration within fourteen days thereafter.

It is so ORDERED.

s/ Charles F. Lettow
Judge