IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: March 21, 2008)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A telephonic status conference shall be held on April 21, 2008, commencing at 2:00 p.m. EDT. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge