IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-370C

(Filed: April 21, 2008)

ADRIAN RODRIGUEZ and
ALI JAZMIN RODRIGUEZ,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

A status conference was held on April 21, 2008. The parties concur that an appropriate next step in this case is to file a status report within 30 days of a decision by Judge Hewitt in *Rivera Agredano v. United States*, No. 05-608C.

It is so ORDERED.

s/ Charles F. Lettow
Judge